E-FILED
Monday, 11 September, 2006 02:48:42 PM
Clerk, U.S. District Court, ILCD

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

UNITED STATES OF AMERICA
V.

DANNY W. ORR

**FILED**

SEP - 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 06-M- 7226

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about    September 5, 2006    in _____ County, in
(Date)

the    Central    District of    Illinois    defendant(s) did,

(Track Statutory Language of Offense)
knowingly attempt to coerce and entice a minor to travel in interstate commerce to engage in sexual activity for which the defendant could be charged with a criminal offense,

in violation of Title    18    United States Code, Section(s)    2442(a)    .

I further state that I am a(n)    Special Agent, BICE    and that this complaint is based on the
Official Title

following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

s/Michael F. Mitchell

Signature of Complainant

Michael F. Mitchell

Printed Name of Complainant

Sworn to before me and signed in my presence,

9/8/2006
Date

at    Urbana    Illinois
City    State

David G. Bernthal    U.S. Magistrate Judge
Name of Judge    Title of Judge

s/David G. Bernthal

Signature of Judge

## AFFIDAVIT

I, Michael F. Mitchell, being duly sworn, depose and state:

1.      I am a Special Agent (SA), with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Resident Agent in Charge in Springfield, Illinois. I have been employed as a Special Agent for over nine years. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2422, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, computer forensics and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in all forms of media including computer media. I am the senior forensics specialist for the Special Agent in Charge, Chicago, Illinois, office and have conducted over 300 computer forensics exams since I began conducting computer forensics in 1995. I have also participated in the execution of over 50 search warrants, of which over half involved child exploitation and/or child pornography offenses.

---
[1]

"Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

1

2.    This Affidavit is made in support of an application for an arrest warrant for

DANNY WILLIAM ORR, DOB    /1949, SS#    -5513, Michigan DL # O600135887709,

, Port Huron, Michigan, 48060.

3.    The application is being submitted to establish a violation of 18 U.S.C. § 2422, which makes it a crime to knowingly attempt topersuade, induce, entice, or coerce any minor to travel in interstate commerce to engaged in any sexual activity for which a person can be charged with a criminal offense.

4.    I am familiar with the information contained in this Affidavit based upon the investigation I have conducted and based on my conversations with other law enforcement officers who have engaged in numerous investigations involving child pornography.

5.    Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that DANNY WILLIAM ORR committed acts in violation of 18 U.S.C. §§ 2422, 2252 and 2252A. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

6.    As a result of the investigation described more fully below, there is probable cause to believe that DANNY WILLIAM ORR committed a violation of 18 U.S.C. § 2422.

7.    The investigation has revealed that DANNY WILLIAM ORR using a computer located at                    , Port Huron, Michigan 48060 has communicated over the Internet

2

with what he believed to be a thirty-four (34) year old female with two minor female girls, ages 3 and 5, for the purpose of having sexual relations with the female and the minor children. DANNY WILLIAM ORR was communicating with Task Force Officer (TFO) Jeremy Welker, posing as a thirty-four (34) year female with two minor children, ages 3 and 5, through Yahoo Instant Messenger (IM) and sent TFO Welker seven images of minor females under the age of 18 which the suspect claimed to have had sexual relations with.  DANNY WILLIAM ORR also discussed with undercover police officers his intention of having sexual relations with the undercover agents minor children, ages 3 and 5.

### The Internet and Definitions of Technical Terms Pertaining to Computers

8.    As part of my training, I have become familiar with the Internet (also commonly known as the World Wide Web), which is a global network of computers[2] and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including satellite.  Due to the structure of the Internet, connections between computers on the Internet routinely cross-state and international borders, even when the computers communicating with each other are in the same state.   Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other individuals; to conduct commercial transactions; and to communicate via

---

[2]

**Computer**: The term "computer" is defined by 18 U.S.C. § 1030(e)(1) to mean "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter,

3

electronic mail ("e-mail"). An individual who wants to use Internet e-mail must first obtain an account with a computer that is linked to the Internet – for example, through a university, an employer, or a commercial service – which is called an "Internet Service Provider" or "ISP" (see definition of "Internet Service Provider" below). Once the individual has accessed the Internet, that individual can use Internet mail services, including sending and receiving e-mail. In addition, the individual can visit websites (see definition of "websites" below), and make purchases from them.

9.     Set forth below are some definitions of technical terms, used throughout this Affidavit, pertaining to the Internet and computers more generally.

**Client/Server Computing**: Computers on the Internet are identified by the type of function they perform. A computer that provides resources for other computers on the Internet is known as a **server**. Servers are known by the types of service they provide, that is how they are configured. For example, a **web server** is a machine that is configured to provide web pages to other computers requesting them. An **e-mail server** is a computer that is configured to send and receive electronic mail from other computers on the internet. A **client computer** is a computer on the Internet that is configured to request information from a server configured to perform a particular function. For example, if a computer is configured to browse web pages and has web page browsing software installed, it is considered a **web client**.

**Computer system and related peripherals, and computer media**: As used in this affidavit, the terms "computer system and related peripherals, and computer media" refer to tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drives and other computer-related operation equipment, digital cameras, scanners, in addition to computer photographs, Graphic Interchange formats and/or photographs, and other visual depictions of such Graphic Interchange formats, including, but not limited to, JPG, GIF, TIF, AVI, and MPEG.

**Domain Name**: Domain names are common, easy to remember names associated with an Internet Protocol address (defined below). For example, a domain name of "www.usdoj.gov"

---

a portable hand held calculator, or other similar device."

refers to the Internet Protocol address of 149.101.1.32. Domain names are typically strings of alphanumeric characters, with each level delimited by a period. Each level, read backwards – from right to left – further identifies parts of an organization. Examples of first level, or top-level domains are typically .com for commercial organizations, .gov for the United States government, .org for organizations, and, .edu for educational organizations. Second level names will further identify the organization, for example usdoj.gov further identifies the United States governmental agency to be the Department of Justice. Additional levels may exist as needed until each machine is uniquely identifiable. For example, www.usdoj.gov identifies the world wide web server located at the United States Department of Justice, which is part of the United States government.

**Internet Service Providers (ISPs) and the Storage of ISP Records**: Internet Service Providers are commercial organizations that are in business to provide individuals and businesses access to the internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. ISPs can offer a range of options in providing access to the Internet including telephone based dial-up, broadband based access via digital subscriber line (DSL) or cable television, dedicated circuits, or satellite based subscription. ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth, that the connection supports. Many ISPs assign each subscriber an account name – a user name or screen name, an "e-mail address," an e-mail mailbox, and a personal password selected by the subscriber. By using a computer equipped with a telephone or cable modem, the subscriber can establish communication with an ISP over a telephone line or through a cable system, and can access the Internet by using his or her account name and personal password. ISPs maintain records ("**ISP records**") pertaining to their subscribers (regardless of whether those subscribers are individuals or entities). These records may include account application information, subscriber and billing information, account access information (often times in the form of log files), e-mail communications, information concerning content uploaded and/or stored on or via the ISP's servers, and other information, which may be stored both in computer data format and in written or printed record format. ISPs reserve and/or maintain computer disk storage space on their computer system for their subscribers' use. This service by ISPs allows for both temporary and long-term storage of electronic communications and many other types of electronic data and files. Typically, e-mail that has not been opened by an ISP customer is stored temporarily by an ISP incident to the transmission of that e-mail to the intended recipient, usually within an area known as the home directory. Such temporary, incidental storage is defined by statute as "**electronic storage**," see 18 U.S.C. § 2510(17), and the provider of such a service is an "**electronic communications service. **" An "**electronic communications service,**" as defined by statute, is "any service which provides to users thereof the ability to send or receive wire or electronic communications. 18 U.S.C. § 2510(15). A service provider that is available to the public and provides storage facilities after an electronic communication has been transmitted and opened by the recipient, or provides other long term storage services to the public for electronic data and files, is defined by statute as providing a "**remote computing service.**" 18 U.S.C. § 2711(2).

5

**Internet Protocol Address (IP Address)**: Every computer or device on the Internet is referenced by a unique Internet Protocol address the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 254. An example of an IP address is 192.168.10.102. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. A central authority provides each ISP a limited block of IP addresses for use by that ISP's customers or subscribers. Most ISP's employ **dynamic IP** addressing, that is they allocate any unused IP address at the time of initiation of an Internet session each time a customer or subscriber accesses the Internet. A **dynamic IP address** is reserved by an ISP to be shared among a group of computers over a period of time. The ISP logs the date, time and duration of the Internet session for each IP address and can identify the user of that IP address for such a session from these records. Typically, users who sporadically access the Internet via a dial-up modem will be assigned an IP address from a pool of IP addresses for the duration of each dial-up session. Once the session ends, the IP address is available for the next dial-up customer. On the other hand, some ISP's, including most cable providers, employ **static IP** addressing, that is a customer or subscriber's computer is assigned one IP address that is used to identify each and every Internet session initiated through that computer. In other words, a **static IP address** is an IP address that does not change over a period of time and is typically assigned to a specific computer.

**Log File**: Log files are records automatically produced by computer programs to document electronic events that occur on computers. Computer programs can record a wide range of events including remote access, file transfers, logon/logoff times, and system errors. Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a website was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

6

## Probable Cause to Search the Subject Premises

10.        On July 19, 2006, Task Force Officer (TFO) Jeremy Welker was in a

Yahoo Chat Room that was titled "Fetishes". While in this room, TFO Welker was working in

an undercover capacity posing as a 34-year-old mother named Jennifer Spaden from Decatur,

Illinois, with two young daughters, whose ages were 3 and 5 year old. This information was

present on the undercover profile created by TFO Welker. A subject with the screen name of

"master_corps1" contacted TFO Welker through Instant Messenger. This subject advised TFO

Welker that he had been involved in "training" his stepdaughter since she was 6 years old. The

suspect advised that the training was sexual in nature. The following is an excerpt of the

communication:

> Master_corps1 (7/19/2006 10:01:13 AM): nice and young too it's never too soon
> Master_corps1 (7/19/2006 10:01:49 AM): i have a 12 y/o step daughter
> jenmomam (7/19/2006 10:02:36 AM): yea
> Master_corps1 (7/19/2006 10:02:49 AM): we have been training her since 4
> jenmomam (7/19/2006 10:03:36 AM): what kind of training since 4
> jenmomam (7/19/2006 10:03:41 AM): girls are 5 and 3
> Master_corps1 (7/19/2006 10:03:56 AM): bi , oral anal and full penitration since 6
> jenmomam (7/19/2006 10:04:31 AM): yea
> Master_corps1 (7/19/2006 10:04:51 AM): you just doing bi oral with yours so far?
> jenmomam (7/19/2006 10:05:43 AM): not realy gonna say anything yet
> Master_corps1 (7/19/2006 10:05:51 AM): i understand no prob
> Master_corps1 (7/19/2006 10:06:23 AM): i saw your profile and just had to say hi anyhow i need to go to work can i add you jen
> jenmomam (7/19/2006 10:07:26 AM): yea
> Master_corps1 (7/19/2006 10:07:43 AM): ty see you soon
> jenmomam (7/19/2006 10:08:08 AM): see you soon
> Master_corps1 (7/19/2006 10:08:18 AM): bye have a great day jen
> jenmomam (7/19/2006 10:08:26 AM): you too
> Master_corps1 (7/19/2006 10:08:29 AM): bye

7

jenmomam (7/19/2006 10:08:32 AM): bye

11.    On July 20, 2006, the suspect "master_corp1", again made contact with

TFO Welker through Yahoo Instant Messenger Chat.   During this conversation the suspect

began to talk about helping TFO Welker and his "daughter's" relocate to Michigan, which is

where the suspect claimed to live.  The suspect then began to talk about "training" young girls for

sex.  The following is an excerpt of the communication:

> jenmomam (7/20/2006 9:04:45 AM): so we realy didnt get a chance to talk much yesterday im 34 f/ decatur illinois
> jenmomam (7/20/2006 9:04:59 AM): u?
> Master_corps1 (7/20/2006 9:05:05 AM): m/50/mich
> Master_corps1 (7/20/2006 9:05:16 AM): phone brb
> jenmomam (7/20/2006 9:05:19 AM): k
> Master_corps1 (7/20/2006 9:05:20 AM): dont' leave
> jenmomam (7/20/2006 9:05:26 AM): i wont
> Master_corps1 (7/20/2006 9:09:55 AM): back
> jenmomam (7/20/2006 9:10:03 AM): hi again
> Master_corps1 (7/20/2006 9:10:05 AM): hi
> Master_corps1 (7/20/2006 9:10:26 AM): i think we were talking about your girls yesterday
> jenmomam (7/20/2006 9:10:42 AM): yea
> Master_corps1 (7/20/2006 9:10:58 AM): you were saying your thinking about training them
> jenmomam (7/20/2006 9:11:10 AM): yea
> Master_corps1 (7/20/2006 9:11:16 AM): good
> Master_corps1 (7/20/2006 9:11:27 AM): the earlier you start the easier it is
> jenmomam (7/20/2006 9:11:34 AM): realy?
> Master_corps1 (7/20/2006 9:11:37 AM): oh yeah
> Master_corps1 (7/20/2006 9:12:06 AM): that way they think nothing of being used as sex toys
> Master_corps1 (7/20/2006 9:12:21 AM): the get used to it fast
> jenmomam (7/20/2006 9:12:40 AM): just dont want them hurt tho
> Master_corps1 (7/20/2006 9:12:48 AM): of corse not
> Master_corps1 (7/20/2006 9:13:23 AM): as you know it does hurt when they lose thier virginity but thats all
> jenmomam (7/20/2006 9:13:46 AM): yea that i know
> Master_corps1 (7/20/2006 9:14:01 AM): but as far as hurting them no
> jenmomam (7/20/2006 9:14:16 AM): they are 5 and 3 right now

8

Master_corps1 (7/20/2006 9:14:37 AM): yes i know i read your profile jenn
Master_corps1 (7/20/2006 9:14:50 AM): i assume that you are bi?
jenmomam (7/20/2006 9:15:12 AM): yea
jenmomam (7/20/2006 9:15:32 AM): not open bout it
Master_corps1 (7/20/2006 9:15:44 AM): you should start licking them asap then just to start
jenmomam (7/20/2006 9:16:35 AM): realy?
Master_corps1 (7/20/2006 9:16:43 AM): yes really
Master_corps1 (7/20/2006 9:16:51 AM): and make them lick you too
Master_corps1 (7/20/2006 9:17:57 AM): they both are a good age to learn to suck a man too
jenmomam (7/20/2006 9:18:29 AM): well i cant help them there obviously
Master_corps1 (7/20/2006 9:18:35 AM): true lol
Master_corps1 (7/20/2006 9:18:50 AM): and you 5 y/o is ready for anal with a man too
Master_corps1 (7/20/2006 9:19:04 AM): you can do that though with your fingers
Master_corps1 (7/20/2006 9:19:18 AM): just use a good lube like KY
jenmomam (7/20/2006 9:20:14 AM): realy?
jenmomam (7/20/2006 9:20:30 AM): even at 5
jenmomam (7/20/2006 9:20:33 AM): ?
Master_corps1 (7/20/2006 9:20:40 AM): yes
Master_corps1 (7/20/2006 9:21:04 AM): i know a couple in fla that have 2 girls the older is 13 and the young one is 5
Master_corps1 (7/20/2006 9:21:16 AM): they started them from birth
Master_corps1 (7/20/2006 9:21:52 AM): the 5 has had anal since 2 and the just now started intercourse at 5
jenmomam (7/20/2006 9:23:01 AM): i just dont want my girls to be hurt tho
Master_corps1 (7/20/2006 9:23:13 AM): i would never hurt them jenn
Master_corps1 (7/20/2006 9:23:33 AM): just train them to serve and be good little sluts
jenmomam (7/20/2006 9:24:09 AM): now you were talking about "training them" what does that all mean
Master_corps1 (7/20/2006 9:24:51 AM): train them to do oral either woman or man and take anal and intercourse from a man
Master_corps1 (7/20/2006 9:24:58 AM): suck and swallow cum
Master_corps1 (7/20/2006 9:25:10 AM): teach then to masterbate
Master_corps1 (7/20/2006 9:25:32 AM): teach them to use toys like vibes and dildos
Master_corps1 (7/20/2006 9:25:45 AM): and use the toys in you also
Master_corps1 (7/20/2006 9:26:37 AM): but like i said i would never harm then
jenmomam (7/20/2006 9:26:54 AM): you seem like a nice guy dan
Master_corps1 (7/20/2006 9:27:09 AM): i am really not a mean person at all
Master_corps1 (7/20/2006 9:27:24 AM): you seem so nice too

9

jenmomam (7/20/2006 9:27:53 AM): thanks im trying to do what i can for my girls

Master_corps1 (7/20/2006 9:28:02 AM): yes i realize that

....

....

Master_corps1 (7/20/2006 9:46:24 AM): i would help you train the girls (not harm then in any way_ and we can have fun too and the girls can get used to watching us

Master_corps1 (7/20/2006 9:46:55 AM): we could include them when we play

jenmomam (7/20/2006 9:47:00 AM): yea?

Master_corps1 (7/20/2006 9:47:04 AM): yeah

Master_corps1 (7/20/2006 9:47:21 AM): and i would help you get here and get a place

jenmomam (7/20/2006 9:47:57 AM): how could you help us get there?

Master_corps1 (7/20/2006 9:48:16 AM): rent a uhaul and pay for the fuel

Master_corps1 (7/20/2006 9:48:54 AM): do you have much to move (furnmiture and stuff)

jenmomam (7/20/2006 9:49:34 AM): not a lot of stuff

Master_corps1 (7/20/2006 9:49:53 AM): then i would not have to get a very large truck then cool

Master_corps1 (7/20/2006 9:50:28 AM): can i show you some pics of young girls who were tained at a very young age

jenmomam (7/20/2006 9:51:13 AM): sure

Master_corps1 (7/20/2006 9:51:32 AM): just a few

jenmomam (7/20/2006 9:51:50 AM): ok

Master_corps1 (7/20/2006 9:55:24 AM): by the time your girls are 6 and 8 they would want sex all the time

jenmomam (7/20/2006 9:55:37 AM): realy?

Master_corps1 (7/20/2006 9:55:48 AM): and be very experienced

jenmomam (7/20/2006 9:56:12 AM): now are these girls that you trained or just girls that were trained

Master_corps1 (7/20/2006 9:57:00 AM): i trained the 2 girls sucking the others are pics of people i knew when i lived in calif

Master_corps1 (7/20/2006 9:57:37 AM): the 3rd pic i put up are the ones i trained

jenmomam (7/20/2006 9:57:57 AM): is that you in the pic?

Master_corps1 (7/20/2006 9:58:08 AM): no thier dad

jenmomam (7/20/2006 9:58:32 AM): ok

Master_corps1 (7/20/2006 9:58:53 AM): the one sucking though i was in her when her mom took the pic

jenmomam (7/20/2006 9:59:36 AM): which one is that

jenmomam (7/20/2006 9:59:38 AM): ?

Master_corps1 (7/20/2006 9:59:44 AM): she was 12 at the time and her sister was 10 the dark haired one

10

Master_corps1 (7/20/2006 10:00:33 AM): thier dad and mom asked me for help training when the girls were 6 and 8

Master_corps1 (7/20/2006 10:01:50 AM): i see you typing jen but it's not coming through

Master_corps1 (7/20/2006 10:02:37 AM): yahoo is probably screwed up

Master_corps1 (7/20/2006 10:02:45 AM): not getting your message

jenmomam (7/20/2006 10:03:01 AM): sorry im trying to send you message

jenmomam (7/20/2006 10:03:06 AM): did you get that one

Master_corps1 (7/20/2006 10:03:08 AM): yes

Master_corps1 (7/20/2006 10:03:37 AM): do you have a mic and speakers jenn?

Master_corps1 (7/20/2006 10:04:23 AM): ?

jenmomam (7/20/2006 10:04:41 AM): havent gotten one yet

jenmomam (7/20/2006 10:04:58 AM): just got this computr up an running a few days

Master_corps1 (7/20/2006 10:05:07 AM): i understand

Master_corps1 (7/20/2006 10:05:28 AM): do you have any questions so far?

Master_corps1 (7/20/2006 10:06:22 AM): oh by the way the 2nd to last pic i put up the young girl with just nipples sucking

jenmomam (7/20/2006 10:06:49 AM): do you have any other pics of girls youve trained

Master_corps1 (7/20/2006 10:07:20 AM): i have on a disk around here someplace i'll find it and e-mail some to you

jenmomam (7/20/2006 10:07:51 AM): ok my email is just my screenname @yahoo.com

Master_corps1 (7/20/2006 10:07:59 AM): yes mine is too

Master_corps1 (7/20/2006 10:08:07 AM): you see the 2nd to last pic

jenmomam (7/20/2006 10:08:11 AM): yea

Master_corps1 (7/20/2006 10:08:27 AM): i trained her and yes that is me cuming on her face

jenmomam (7/20/2006 10:09:17 AM): she was ok with that after you trained her

Master_corps1 (7/20/2006 10:09:47 AM): oh yes she loves sex and can take 4 or 5 guys at once now

jenmomam (7/20/2006 10:10:13 AM): how long ago was that

Master_corps1 (7/20/2006 10:10:34 AM): thats was in 1999 just before i left calif

Master_corps1 (7/20/2006 10:11:13 AM): she was 11 in that pic she is almost 18 now

Master_corps1 (7/20/2006 10:11:21 AM): 7 years ago

Master_corps1 (7/20/2006 10:12:02 AM): do you have a phone jenn i'll cal you and you can askk all the questions you want

Master_corps1 (7/20/2006 10:12:50 AM): ??

jenmomam (7/20/2006 10:13:10 AM): k the girls just got up

jenmomam (7/20/2006 10:13:20 AM): sorry they were up and running around

Master_corps1 (7/20/2006 10:13:41 AM): thats ok can i call you

11

jenmomam (7/20/2006 10:14:00 AM): i gotta get off just a while u gonna be on in just a lttle bit
jenmomam (7/20/2006 10:14:07 AM): gotta go
Master_corps1 (7/20/2006 10:14:09 AM): yes
Master_corps1 (7/20/2006 10:14:34 AM): just PM me when your back i'll be on invisible so just PM me

12.    During this conversation the suspect also sent TFO Welker several pictures that he claimed were young girls that he had "trained". The suspect sent a total of 7 images. The images appeared to be of young girls under the age of 18 engaging in sexual activity. The following images were received:

a)    annabell and jenni.jpg,  07/20/2006  10:11a,  24,264

> The file contains an image of two girls lying on a bed with a blue sheet. The girls appear to be between the ages of 15-17. The girls are naked from the sternum down. Their vaginal areas are exposed and one of the girls has her right hand by her vagina.

a.    lil shy.jpg,  07/20/2006  09:52a,  13,995

> The file contains an image of a naked girl between the ages of 15-17. The girl is sitting in a bathtub her breasts are exposed.

b.    three young girls.jpg,  07/20/2006  10:13a,  28,095

> The file contains an image of three girls sitting on a bed. The girls appear to be between the ages of 13-15. The girls are completely naked. One of the girls appears to be placing something into or taking something out of one of the other girl's vagina.

c.    young facial.jpg       07/20/2006  10:13a,  23,434

> The file contains an image of a girl between the ages of 13-15. The girl has a white liquid substance on her face that appears to be semen.

d.    young girls sucking.jpg       07/20/2006  10:12a,  289,648

> The file contains an image of two girls performing oral sex on a male

12

penis. The girls appear to be between the ages of 13-15.

e.  young pussy2.jpg      07/20/2006 10:11a, 17,780

> The file contains an image of two girls lying on what appears to be a couch. One of the girls is completely naked and an adult male is inserting his penis into the girl's vagina. The girl being penetrated appears to be between 16-18 years of age. The second female is behind the other female and is not completely visible.

f.  young sucker.jpg      07/20/2006 10:11a, 16,185

> The file contains an image of a girl between 13-15 years of age. The girl is lying on her back and is being straddled by an adult male. The males erect penis is by the mouth of the girl and there is a white liquid substance on and around her mouth that appears to be semen. The female has her right hand on the males penis.

13.      During the transmission of these images TFO Welker captured the suspect's IP address. The IP address from the suspect's computer was identified as 68.61.19.207.

14.      On the same date, SSA Mitchell served a summons on Yahoo to identify "master_corps1".

15.      SSA Mitchell conducted a search of American Registry for Internet Numbers (ARIN) that showed that the IP address 68.61.19.207 is registered to Comcast Cable Communications,                        Moorsetown, NJ. SSA Mitchell served a summons on Comcast requesting subscriber information on the individual using the aforementioned IP address on July 20, 2006 from 09:00 – 10:00 hours CST and served it via facsimile.

16.      On July 25, 2006, SSA Mitchell received a response from Comcast Cable communications. The following information was provided identifying the individual using IP address 68.61.19.207 on July 20, 2006 between 09:00 – 10:00 hours CST:

13

Subscriber Name: Dan Orr
Address:                              , MI 48060
(This address is the subscriber's service address)
Telephone#:                -6604
Type of Service:    Residential High Speed Internet Service
Account Status:    Active
IP Assignment:    Dynamically Assigned
Current IP Address:        68.61.19.207 as of 7/24/06
Account created:        10/08/2003
Account Number: 09507-60243503
E-mail User Ids:        orr001
Method of Payment:        Statement sent to above address
(No credit card numbers or bank account numbers on file)

17.        On July 31, 2006, SSA Mitchell received a response from Yahoo, Inc. for

subscriber and connection information on "master_corps1". The following was received:

Login Name:  master_corps1
Properties Used:        360
                        Briefcase
                        Mail
                        Photos
Yahoo Mail Name:        master_corps1@yahoo.com
Registered IP Address:    68.61.19.207
Other Identities:        master_corps1 (Yahoo! Mail)
Full Name:        Mr. Dan
City:        Port Huron
State:        MI
Country:        United States
Zip/Postal Code:   48060
Time Zode:        ET
Account Created: Sat Dec 10 07:06:01 2005
My Yahoo Configured:    Sat Dec 10 07:08:24 2005
Account Status:        Active

The connection information provided shows that "master_corps1" connected to the
Yahoo system between June 9, 2006 and July 19, 2006 at various times but always
from the same IP Address, 68.61.19.207

18.        On August 10, 2006, TFO Welker, in an undercover capacity, signed onto

Yahoo Instant Messenger as user account "jenmomam" identified as a 34-year-old woman with

14

two daughters aged 3 and 5. TFO Welker conducted an online conversation with

"master_corps1". The following is an excerpt of the conversation:

    a.  Dan (8/10/2006 3:01:33 PM): did you think it over about coming here
        jenmomam (8/10/2006 3:01:57 PM): i think id like that
        jenmomam (8/10/2006 3:02:04 PM): but dont know how id get there
        Dan (8/10/2006 3:02:08 PM): i think you would too
        Dan (8/10/2006 3:02:27 PM): if you really want to just let me know i will get you here
        jenmomam (8/10/2006 3:02:52 PM): how would me and the girls get there though
        Dan (8/10/2006 3:03:14 PM): i would get you bus or train tickets or come and get you
        jenmomam (8/10/2006 3:03:20 PM): I have to be honest with you I dont have a lot of money
        Dan (8/10/2006 3:03:33 PM): i know you don't thats not a problem
        jenmomam (8/10/2006 3:03:45 PM): i know its just kind of embarassing sometimes
        Dan (8/10/2006 3:04:00 PM): you never need to be embarassed with me jenn
        jenmomam (8/10/2006 3:04:08 PM): thanks your sweet
        Dan (8/10/2006 3:04:18 PM): lol i do my best
        jenmomam (8/10/2006 3:04:24 PM): lol
        Dan (8/10/2006 3:04:29 PM): how are the girls doing
        jenmomam (8/10/2006 3:04:34 PM): they are doing good
        jenmomam (8/10/2006 3:04:46 PM): they are watchin cartoons right now in the other room
        Dan (8/10/2006 3:04:56 PM): cool
        Dan (8/10/2006 3:05:20 PM): i really want you for my subie slave jenn and train the girls too
        jenmomam (8/10/2006 3:06:07 PM): i know we talked about this before but as far as training the girls what would all that mean
        jenmomam (8/10/2006 3:06:28 PM): like i said you seem like a nice guy but they are 5 and 3
        Dan (8/10/2006 3:06:53 PM): yes i know i would not harm then in any way so don't worry about that
        Dan (8/10/2006 3:07:36 PM): they would learn to suck swallow be licked and played with and learn to obey and follow orders
        jenmomam (8/10/2006 3:08:04 PM): how would they learn all that tho
        Dan (8/10/2006 3:08:18 PM): i would teach them and you would help me
        jenmomam (8/10/2006 3:08:28 PM): k
        jenmomam (8/10/2006 3:08:40 PM): how would i help
        Dan (8/10/2006 3:09:15 PM): you will suck me while they watch and they would watch me have sex with your in all holes

15

jenmomam (8/10/2006 3:09:34 PM): k

Dan (8/10/2006 3:09:57 PM): you would explain to then that it is normal and thats what a good girl does

Dan (8/10/2006 3:10:10 PM): to obey her Master

jenmomam (8/10/2006 3:10:52 PM): and you said that you have taught other girls how to do this

jenmomam (8/10/2006 3:11:01 PM): sorry if im asking too many questions

Dan (8/10/2006 3:11:04 PM): yes the youngest has been 4

Dan (8/10/2006 3:11:32 PM): i want you to ask questions jenn

jenmomam (8/10/2006 3:11:41 PM): thanks

Dan (8/10/2006 3:11:45 PM): yvw

....

....

Dan (8/10/2006 3:39:24 PM): well find out about section 8 and transfering to michigan with it then

Dan (8/10/2006 3:39:53 PM): and i will start looking for a place here that i think you deserve

jenmomam (8/10/2006 3:40:02 PM): that would be great

Dan (8/10/2006 3:40:14 PM): i am fussy so what i do find you will like it

jenmomam (8/10/2006 3:40:24 PM): that sounds nice

jenmomam (8/10/2006 3:40:37 PM): now how soon can we do this

Dan (8/10/2006 3:40:56 PM): hopefully by sept 1 or no later than oct 1st

Dan (8/10/2006 3:41:27 PM): does your 5 y/o suppose to start school?

jenmomam (8/10/2006 3:42:09 PM): not yet havnet registered her yet

Dan (8/10/2006 3:42:17 PM): ok good don't

jenmomam (8/10/2006 3:42:36 PM): was thinking about waiting until she was older

Dan (8/10/2006 3:42:45 PM): i will home school them both

jenmomam (8/10/2006 3:42:54 PM): that sounds great

Dan (8/10/2006 3:43:25 PM): that way they will never slip and tell anyone about our lifestyle and that they are training as slaves

jenmomam (8/10/2006 3:44:24 PM): yea i dont want to loose my girls

Dan (8/10/2006 3:44:32 PM): noooooooo

Dan (8/10/2006 3:44:47 PM): everything will work out just great

Dan (8/10/2006 3:45:17 PM): you'll be happier than you ever have been and the girls will too

jenmomam (8/10/2006 3:45:54 PM): i sooo need that in my life right now

Dan (8/10/2006 3:46:08 PM): i know you do jenn and you need me

Dan (8/10/2006 3:46:40 PM): i will spoil you and you will be a wonderful subbie /slave for me too

Dan (8/10/2006 3:47:16 PM): i just can hardly wait to get you here

jenmomam (8/10/2006 3:47:21 PM): that sounds nice

jenmomam (8/10/2006 3:47:27 PM): i cant wait either

Dan (8/10/2006 3:47:31 PM): good
Dan (8/10/2006 3:47:46 PM): jenn do you have a phone number i can call you at?
jenmomam (8/10/2006 3:48:08 PM): hol on brb the girls are yelling
Dan (8/10/2006 3:48:11 PM): ok
Dan (8/10/2006 3:49:23 PM): brb went to pee
jenmomam (8/10/2006 3:50:07 PM): k give me just a few minutes to deal with the girls and then ill be right bck
Dan (8/10/2006 3:52:26 PM): i'm back when u are
jenmomam (8/10/2006 4:08:43 PM): hey there im back
Dan (8/10/2006 4:09:03 PM): hey
Dan (8/10/2006 4:09:27 PM): when you get here you will not have to deal with that
Dan (8/10/2006 4:10:21 PM): i will disipline the girls and you will not have to pay bills or anything i will control the finaces and everything
jenmomam (8/10/2006 4:10:35 PM): sounds good
jenmomam (8/10/2006 4:10:52 PM): did you still want to call
Dan (8/10/2006 4:11:07 PM): all you will need to do is serve me and i will take care of you
jenmomam (8/10/2006 4:11:39 PM): it would be soooo nice to have someone take care of me for a change
Dan (8/10/2006 4:11:54 PM): yes like i said jenn you need me sweetie
jenmomam (8/10/2006 4:12:14 PM): i really think i do
jenmomam (8/10/2006 4:12:30 PM): if you want to call i can give you the number
Dan (8/10/2006 4:12:32 PM): i know you do like i need you for my subbie slave
Dan (8/10/2006 4:13:01 PM): do you spank the girls?
jenmomam (8/10/2006 4:13:05 PM): i have
Dan (8/10/2006 4:13:28 PM): i bet they scream thier ass off when you do
jenmomam (8/10/2006 4:13:37 PM): they cry
jenmomam (8/10/2006 4:14:28 PM): if you want to call give me a few minutes to get the girls settled and then you can call
Dan (8/10/2006 4:14:56 PM): ok whats your number
jenmomam (8/10/2006 4:15:10 PM): 217 423-9088
Dan (8/10/2006 4:15:26 PM): got it
jenmomam (8/10/2006 4:15:43 PM): just give me a few minutes im gonna get the girls settled down watching a movie and then we can talk
Dan (8/10/2006 4:15:55 PM): ok 5 minutes is that enough
jenmomam (8/10/2006 4:16:04 PM): yea thatd be fine
Dan (8/10/2006 4:16:14 PM): ok good talk to u in 5
jenmomam (8/10/2006 4:16:26 PM): k im gonna go talk with you in a few
Dan (8/10/2006 4:16:34 PM): ok
Dan (8/10/2006 4:47:15 PM): see you tommorow

17

19.    On August 10th 2006, Det. Janette Carlton, spoke with "master_corps1",
over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". Due to an error
with the recording equipment, this conversation was not recorded. During the conversation the
suspect had made statements to Det. Carlton about wanting to come to Decatur and sexually
assaulting the 3 and 5 year old children. Det. Carlton's report follows:

   a.   On 08-10-06, Det. Welker requested that I receive a phone call from an
        individual he had been speaking to on the Internet in reference to an undercover
        investigation. Det. Welker provided me with information about the individual he
        had been communicating with on the Internet. That information included that the
        individual that was calling me goes by the Internet screen name of
        "Master_Corps1". During the telephone conversation, I was to pose as Jennifer
        Spaden, a W/F, 34 years of age, with a DOB of        -71 who had two children,
        Amber, age 5, and Missy, age 3.

   b.   The individual had identified himself as Dan. He had been provided with a phone
        number of        -9088 to call to speak to me.

   c.   I did receive a phone call from a male individual on 08-10-06 at approximately
        16:10 hours. Det. Welker did attempt to record the telephone conversation as per
        the order authorizing the use of an eavesdropping device as a one party consent
        overhear. Operator error caused failure of the recording of the phone
        conversation.

   d.   During the telephone conversation that I had with (Dan Master_Corps1), Dan
        expressed that he wished for me to move to his hometown and that he would

18

provide a home for me and my two daughters. He explained that he wanted to

(train) the children, Amber and Missy, and teach them how to be sex objects. He

indicated that this would be done through the children, Amber and Missy, ages 3

and 5, observing Jennifer Spaden and he having sexual intercourse and that he

would train the girls to perform oral sex on him as well as myself and each other.

He also indicated during the course of the conversation that he was going to

vaginally penetrate the 5 year old Amber and anally penetrate Missy, the 3 year

old. He explained that he was going to penetrate Missy anally so she would be

used to having him inside of her. He described using lots of lubrication and that

he was not going to be violent with the girls and this training of the 3 and 5 year

old would make them used to being "sex toys." During the course of the

conversation, he explained to me that he was going to bring me to his hometown,

find me a place to live and in exchange, I would be a submissive sex slave to him

doing whatever he said. He also indicated that he wanted me not to sign the 5

year old up for Kindergarten and that he would home school the girls to keep them

from disclosing to other individuals about our "life style". During the course of

the conversation, he asked me about my sexual experiences as well as my first

incestual experience.

e.  During the course of the conversation, Dan led the conversation to determine

whether or not I had people who were around me and supported me as an

individual and also wanted to make sure the children didn't have any fathers who

would interfere with me moving out of State. The conversation was casual,

19

sexually explicit and he was very inquisitive about my living situation in

connection to other people in the community that I lived in. He was interested in

getting me started making plans to move to be with him. He also in conversation

clarified that he didn't just want my daughters, ages 5 and 3, that he was also

interested in having a relationship with me. The conversation lasted

approximately a half an hour.

20.        On August 16, 2006, Detective Carlton conducted a search of Entersect, a

public database, for DAN ORR. Detective Carlton located a record for DANNY WILLIAM

ORR, DOB    /1949, SS#    -5513,               Port Huron, Michigan, 48060.

21.        On August 16th 2006, Det. Janette Carlton, spoke with "master_corps1",

over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". It should be

noted that this conversation was captured. During the conversation the suspect had made

statements to Det. Carlton about wanting to come to Decatur and for "Jennifer" and her children

to come to Michigan to live near him. The suspect made numerous statements about wanting to

have sexual contact with the 3 and 5-year-old children. The suspect explained how he was going

to anally enter the 3 year-old because it would be easier on her then trying to enter her vaginally.

22.        On August 17th 2006, Det. Janette Carlton, spoke with "master_corps1",

over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". It should be

noted that this conversation was captured. During the conversation the suspect had made

statements to Det. Carlton about wanting to come to Decatur and for "Jennifer" and her children

to come to Michigan to live near him. The suspect made numerous statements about wanting to

have sexual contact with the 3 and 5-year-old children. Also during this conversation the suspect

20

made references to other children that he has sexually assaulted in the past. Suspect made

reference to still having some communication with the girls. Suspect also spoke about the

dangers that are associated with other subjects that "train" young girls. Suspect related a story

about another mother and her children, meeting and becoming involved in this type of a

relationship with a subject in "Rhode Island", and stated that this subject had in fact tortured the

children and was sexually sadistic with them.

      23.      On August 25, 2006, TFO Welker, in an undercover capacity, signed onto

Yahoo Instant Messenger as user account "jenmomam" identified as a 34-year-old woman with

two daughters aged 3 and 5. TFO Welker conducted an online conversation with

"master_corps1". The following is an excerpt of the conversation:

> master_corps1 (11:33:55 AM): the girls won't see us together when i come down
> they will only know i am sleeping with you i don't want them saying anything to
> your aunt about us
> jenmomam (11:34:42 AM): yea i was thinking the same thing
> master_corps1 (11:35:38 AM): do either of them have the habit of coming to your
> bed in the middle of the night?
> jenmomam (11:36:26 AM): not usually
> master_corps1 (11:36:42 AM): ok good cuz i ususally sleep nude
> jenmomam (11:37:37 AM): lol sounds nice
> master_corps1 (11:38:02 AM): i don't know if you do or not but you'll get used to
> it
> jenmomam (11:38:50 AM): ok
> master_corps1 (11:38:53 AM): so will the girls in time
> jenmomam (11:39:01 AM): i look forward to it
> jenmomam (11:39:03 AM): lol
> master_corps1 (11:39:49 AM): they will get used to seeing you and i both nude
> and they will get used to being nude in front of us all the time too
> master_corps1 (11:41:19 AM): by next summer we won't be able to keep clothes
> on them lol
> jenmomam (11:41:37 AM): lol
> master_corps1 (11:42:10 AM): i wish we had met sooner so you and them could
> have been here this summer and take you all to the beach
> jenmomam (11:42:46 AM): that would have been nice

21

> master_corps1 (11:43:25 AM): well next summer we'll spend alot of time at the
> beach and maybe it will stay warm enough yet this year
> jenmomam (11:43:50 AM): that sounds nice

24.    On September 1, 2006, SSA Mitchell conducted a search on Accurint, a

public database, for DANNY WILLIAM ORR. SSA Mitchell located information on DANNY

WILLIAM ORR, DOB    '1949, SS#    -5513, Michigan DL # O600135887709,

, Port Huron, Michigan, 48060.

25.    On September 1, 2006, SSA Mitchell contacted SA David Dominique,

SAC Detroit, Michigan, and requested SA Dominique obtain a copy of the drivers license

photography associated with Michigan DL# O600135887709.  On the same date, SA Dominique

emailed SSA Mitchell a copy of the photograph associated with Michigan DL# O600135887709.

 SSA Mitchell compared the drivers license photograph with photograph posted on the Yahoo

account "master_corps1@yahoo.com".  Based on the comparison, SSA Mitchell believes that the

photographs are of the same person.

26.    On September 1, 2006, TFO Welker, in an undercover capacity, signed

onto Yahoo Instant Messenger as user account "jenmomam" identified as a 34-year-old woman

with two daughters aged 3 and 5.  TFO Welker conducted an online conversation with

"master_corps1".  The following is an excerpt of the conversation:

> Dan (9/1/2006 2:45:59 PM): i am just so glad we met, and have such a great
> connection. I beleive my wants and needs will be totally met with you for my
> slave. Your are obediant, and funny and cheerful everytime we speak (even on
> here). I also beleive we have the same type of sense of humor, and the same goals.
> I also know i can be proud of you anyplace. I know you will be loyal and
> trustworthy, and trust me to your inner core of your soul. Being a collared slave is
> more than just sexual it is a meeting or mind,body and soul. I also know that you
> trust me and i will never do harm to the girls. As you mentioned it will be a
> complete family thing, and i will be the leader and guide of the family. For you to

22

surrender to me fully and give me the control over you that you so much need is very important.

Dan (9/1/2006 2:49:31 PM): giving over that contol will releive you of any and all responsibility, emotional, financial, and the disipline you and the girls all need. There will be times you will deserve and need a spanking as well as the girls will. But i also know you expect and will obey me always. A Masters duty is to be strict but also caring and protective of his slaves. And i promise you I will care for and protect all three of you.

Dan (9/1/2006 2:52:02 PM): I am so looking foward to seeing you and bring you here for a new and rewarding life.see you soon. Dan Your Master

27.     On September 1, 2006, Det. Janette Carlton, spoke with "master_corps1", over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". It should be noted that this conversation was captured. During the conversation the suspect had made statements to Det. Carlton about wanting to come to Decatur and for "Jennifer" and her children to come to Michigan to live near him. The suspect made statements about wanting to have sexual contact with the 3 and 5-year-old children. The suspect during this conversation was speaking with Det. Carlton about traveling to the City of Decatur on Monday September 4th 2006.

28.     On September 1, 2006, SSA Mitchell sent a Summons to Yahoo, Inc. for connection information on "master_corps1@yahoo.com" to confirm the suspects activity since the last summons.

29.     On September 1, 2006, SSA Mitchell sent a Summons to Comcast Cable Communication for connection information on DAN ORR,                      , Port Huron, MI, Acct# 09507-60243503 to confirm the suspects activity since the last summons.

30.     On September 4, 2006, Det. Janette Carlton, spoke with "master_corps1", over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". It should be

23

noted that this conversation was captured. In this conversation, the suspect stated that he was going to be unable to travel to the City of Decatur on this date, due to his mother's failing medical condition.

31.     On September 5, 2006, SA Dominique and agents from the SAC Detroit were conducted a surveillance of DANNY WILLIAM ORR's residence                , Port Huron, MI, between 06:45 hours EST and 12:50 hours EST. The surveillance team observed DANNY WILLIAM ORR leave the residence with a female. ORR dropped the female off at a beauty parlor/ hair salon. ORR then returned to the residence. SA Dominique contacted SSA Mitchell and relayed the aforementioned information and explained that there did not appear to be anyone else in the residence other than DANNY WILLIAM ORR. SSA Mitchell contacted TFO Welker and asked him to sign on to see if "master_corps1@ attempts to make contact.

32.     On September 5' 2006, TFO Welker, in an undercover capacity, signed onto Yahoo Instant Messenger as user account "jenmomam" identified as a 34-year-old woman with two daughters aged 3 and 5. TFO Welker received offline messages from "master_corps1" and conducted an online Instant Message conversation with "master_corps1". The following is an excerpt of the conversation:

> Dan (9/5/2006 9:59:38 AM): i would like to to check with amtrack and see what it would be for you and the girls to come for a few days
> Dan (9/5/2006 10:00:25 AM): ?
> jenmomam (9/5/2006 10:00:38 AM): when do you want to do this
> Dan (9/5/2006 10:01:25 AM): well let me see whats going to happen with her things should improve over the next 2 days they said so maybe next week
> jenmomam (9/5/2006 10:02:21 AM): just let me know and I'll make sure that I tell work that I cant fill in during that time
> Dan (9/5/2006 10:02:41 AM): ok i will know within the next 2 days for sure
> jenmomam (9/5/2006 10:02:46 AM): so what are we going to do there

24

Dan (9/5/2006 10:03:15 AM): get to know each other and check with sec8 and look at places

jenmomam (9/5/2006 10:03:38 AM): where are me and the girls going to stay

Dan (9/5/2006 10:03:58 AM): probably at a nice hotel why?

jenmomam (9/5/2006 10:04:10 AM): was just wondering so i cant pack what we need

jenmomam (9/5/2006 10:04:25 AM): i know that you have a lot of things going on with your parents right now too

Dan (9/5/2006 10:04:31 AM): you can pack anything you need

Dan (9/5/2006 10:04:56 AM): well hopefully by then things will have to get better

Dan (9/5/2006 10:04:58 AM): with them

jenmomam (9/5/2006 10:05:31 AM): i hope so too

Dan (9/5/2006 10:06:09 AM): i hope you understand i am so tired the last couple days and stressed out

jenmomam (9/5/2006 10:06:14 AM): so your going to have all three of us there when we come visit

Dan (9/5/2006 10:06:30 AM): you said you wanted to bring the girls didn't you

jenmomam (9/5/2006 10:06:37 AM): and i understand that you are stressed

jenmomam (9/5/2006 10:06:49 AM): if you want me to

Dan (9/5/2006 10:07:04 AM): i will let you decide and do what is best

jenmomam (9/5/2006 10:07:17 AM): tell me which you want

Dan (9/5/2006 10:07:19 AM): i don't mind either way

Dan (9/5/2006 10:07:28 AM): if you want to come alone or bring them

Dan (9/5/2006 10:08:07 AM): how will you feel more comfortable?

jenmomam (9/5/2006 10:08:21 AM): well i guess my question would be what would be going on if i brought them with me

Dan (9/5/2006 10:09:06 AM): that is a good question because we couldn't have much alone time if any or much fun

jenmomam (9/5/2006 10:10:10 AM): well i guess i was just wondering what to expect when we come there

Dan (9/5/2006 10:10:25 AM): and i would like some time just for us

Dan (9/5/2006 10:10:50 AM): well i would show you around take you out and have our alone time

Dan (9/5/2006 10:11:03 AM): like we planned for when i was coming down there

jenmomam (9/5/2006 10:11:16 AM): that sounds nice

jenmomam (9/5/2006 10:11:25 AM): but if the girls come with me

jenmomam (9/5/2006 10:11:27 AM): what then

Dan (9/5/2006 10:11:50 AM): then it would be showing you and them around and entertaining them mostly i guess

Dan (9/5/2006 10:12:36 AM): what did you have in mind?

jenmomam (9/5/2006 10:13:15 AM): i dont mind what we do i was just wondering about the girls

Dan (9/5/2006 10:13:16 AM): with them?

Dan (9/5/2006 10:13:51 AM): would you want them to see us together if you bring

25

them?
Dan (9/5/2006 10:14:09 AM): or not yet?
jenmomam (9/5/2006 10:14:23 AM): im fine with either
Dan (9/5/2006 10:14:37 AM): ok if your fine with it then bring them
jenmomam (9/5/2006 10:14:46 AM): was just thinking about what to expect for them
Dan (9/5/2006 10:15:28 AM): just get to know them and win them over and maybe oral only
jenmomam (9/5/2006 10:15:56 AM): with them?
Dan (9/5/2006 10:16:05 AM): giving them oral
jenmomam (9/5/2006 10:16:27 AM): ok
Dan (9/5/2006 10:16:40 AM): and they could watch you give me oral and if they wanted to try it
Dan (9/5/2006 10:16:56 AM): you could teach then a little
jenmomam (9/5/2006 10:17:21 AM): like what
Dan (9/5/2006 10:17:43 AM): teach them to suck watching you
jenmomam (9/5/2006 10:19:05 AM): do you want them to try that on you
Dan (9/5/2006 10:20:11 AM): they will learn sooner or later but if you want to wait until your are here for good we can
jenmomam (9/5/2006 10:20:27 AM): thats up to you
jenmomam (9/5/2006 10:20:33 AM): im fine with either
Dan (9/5/2006 10:20:42 AM): bring them then jenn
Dan (9/5/2006 10:20:52 AM): they will be fine
jenmomam (9/5/2006 10:21:31 AM): so how are we going to get there?
jenmomam (9/5/2006 10:21:55 AM): i guess which route is better for you
Dan (9/5/2006 10:22:09 AM): train and i will pay you back for what you pay for the tickets
jenmomam (9/5/2006 10:22:37 AM): i dont have the money to pay for the tickets up front though
Dan (9/5/2006 10:22:47 AM): and pay for the room and your food
jenmomam (9/5/2006 10:22:48 AM): i dont make that much money dan
Dan (9/5/2006 10:23:11 AM): find out how much the tickets are and i can get them online
jenmomam (9/5/2006 10:23:23 AM): ok im sorry
jenmomam (9/5/2006 10:23:33 AM): its kind of embarassing that i dont have that much money
Dan (9/5/2006 10:23:45 AM): then all you need to do is get on the train and come
jenmomam (9/5/2006 10:23:53 AM): ok
Dan (9/5/2006 10:24:06 AM): i know you don't have money thats not a problem for me at all
jenmomam (9/5/2006 10:24:19 AM): you are so sweet and understanding
jenmomam (9/5/2006 10:24:22 AM): thank you
Dan (9/5/2006 10:24:26 AM): yvw
Dan (9/5/2006 10:24:53 AM): i know you don't make much and i knew that from the

beginning and i told you i don't care

jenmomam (9/5/2006 10:25:15 AM): i know and thank you for that

jenmomam (9/5/2006 10:25:23 AM): its just embarassing sometimes

Dan (9/5/2006 10:25:28 AM): you are what matters not money

jenmomam (9/5/2006 10:26:09 AM): do you want me to check for amtrack train or there is also a greyhound bus that leaves from Decatur

Dan (9/5/2006 10:26:23 AM): check both hun

Dan (9/5/2006 10:26:46 AM): and the time involved traveling

Dan (9/5/2006 10:28:29 AM): once you get here for good money will not be an isssue

jenmomam (9/5/2006 10:28:49 AM): i meant to ask you if you had any pictures that you could send me

Dan (9/5/2006 10:28:58 AM): of me?

jenmomam (9/5/2006 10:29:00 AM): yea

Dan (9/5/2006 10:29:20 AM): not really i just have the one on my profile is all

jenmomam (9/5/2006 10:29:45 AM): ok

Dan (9/5/2006 10:30:12 AM): i will take more once you get here of you and you can of me

jenmomam (9/5/2006 10:30:31 AM): that sounds nice

Dan (9/5/2006 10:30:41 AM): and some of the girls

jenmomam (9/5/2006 10:31:06 AM): i meant to ask you about the pictures of the girls

Dan (9/5/2006 10:31:17 AM): what about

jenmomam (9/5/2006 10:31:57 AM): pictures that no one else would see?

Dan (9/5/2006 10:32:06 AM): oh never

jenmomam (9/5/2006 10:32:10 AM): i mean if you do take any pictures like that

Dan (9/5/2006 10:32:21 AM): pics would be for our use alone

jenmomam (9/5/2006 10:32:38 AM): what kind of pictures would you take of them

Dan (9/5/2006 10:33:05 AM): not bad all clothed for now

Dan (9/5/2006 10:33:23 AM): but no one would see them anyhow

jenmomam (9/5/2006 10:33:26 AM): ok thats what i was wondering about

Dan (9/5/2006 10:34:21 AM): later on once your here any pics would be for our eyes only

jenmomam (9/5/2006 10:34:47 AM): what kind of pics would you take once we are all there

Dan (9/5/2006 10:34:58 AM): just us all playing

jenmomam (9/5/2006 10:35:20 AM): playing?

jenmomam (9/5/2006 10:35:31 AM): and like you said for us

Dan (9/5/2006 10:35:38 AM): yes

Dan (9/5/2006 10:36:30 AM): but thats not a concern right now anyhow

jenmomam (9/5/2006 10:37:16 AM): i know just wanted to talk about it

Dan (9/5/2006 10:37:42 AM): ok tell me your feeling then jenn

jenmomam (9/5/2006 10:38:22 AM): like i said if you do take any other kinds of pictures that they are just for us

Dan (9/5/2006 10:38:36 AM): yes absolutly us alone

jenmomam (9/5/2006 10:38:48 AM): and i guess my question was if you wanted to take pictures

jenmomam (9/5/2006 10:39:04 AM): just want us to be honest and up front about everything

Dan (9/5/2006 10:39:12 AM): of course

Dan (9/5/2006 10:39:33 AM): they will not be kept on the comp either

jenmomam (9/5/2006 10:40:10 AM): i know that you had shown me pictures of other girls that you have "trained" and was wondering if you were going to take pictures of the girls as well

Dan (9/5/2006 10:40:34 AM): just for us is all not for anyone else

Dan (9/5/2006 10:41:02 AM): you ok with that?

jenmomam (9/5/2006 10:42:42 AM): im ok with the pictures as long as they are just for us

Dan (9/5/2006 10:43:00 AM): thats all they would ever be jenn just us

Dan (9/5/2006 10:43:08 AM): i promise

jenmomam (9/5/2006 10:43:47 AM): thanks

Dan (9/5/2006 10:43:53 AM): yvw

jenmomam (9/5/2006 10:44:21 AM): when you were taking the pics before how did you bring that up to the people in the pictures

Dan (9/5/2006 10:44:30 AM): i don't want anyone to see pics of them anymore than you do

Dan (9/5/2006 10:44:47 AM): it was the parents who tool the pics it was thier call

jenmomam (9/5/2006 10:44:53 AM): i dont want them freaked out or scared

Dan (9/5/2006 10:45:02 AM): they won't be ever

jenmomam (9/5/2006 10:45:03 AM): oh ok

Dan (9/5/2006 10:45:26 AM): i told you i will be slow and easy with them and make them feel natural

jenmomam (9/5/2006 10:45:55 AM): i know i trust you dan

Dan (9/5/2006 10:46:27 AM): good jenn and i need to trust you just as much and you realize that i think

jenmomam (9/5/2006 10:46:35 AM): oh i do

Dan (9/5/2006 10:47:19 AM): i really had 2nd thoughts for the 1st week not knowing if you were a cop trying to set me up

jenmomam (9/5/2006 10:47:32 AM): lol

jenmomam (9/5/2006 10:47:36 AM): im not a cop

jenmomam (9/5/2006 10:47:47 AM): and i would never do anything to hurt you

Dan (9/5/2006 10:47:49 AM): yes i know that now hun

Dan (9/5/2006 10:48:12 AM): esp since we have talked on the phone a few times

Dan (9/5/2006 10:48:25 AM): i do trust you too sweetie

jenmomam (9/5/2006 10:48:39 AM): im glad

Dan (9/5/2006 10:48:46 AM): so am i

jenmomam (9/5/2006 10:48:53 AM): i am looking at the amtrak site

Dan (9/5/2006 10:49:06 AM): it's not the girls that attracted me to you anyhow it was

28

you alone

17.    On September 5, 2006, Det. Janette Carlton, spoke with "master_corps1", over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". It should be noted that this conversation was captured. During the conversation the suspect had made statements to Det. Carlton about him paying for her to come to Port Huron with her children to visit him. The suspect told Det. Carlton that he had purchased train tickets for her and her children to come to Port Huron on Monday September 11, 2006. The suspect stated that he had emailed the confirmation information to Det. Carlton's Yahoo email account.

18.    On September 5, 2006, TFO Welker checked the Yahoo email account "jenmomam@yahoo.com" the following email was in the inbox of the account:

> From: tickets@amtrak.com
> Sent: Tuesday, September 05, 2006 5:54 PM
> To: jenmomam@yahoo.com
> Subject: Amtrak: Reservation Confirmation
>
> Thank you for choosing Amtrak. Please save or print this page for your records.
>
> Reservation Number: 0954C4
>
> THIS IS NOT A TICKET
> --------------------
> This confirmation notice is not a ticket. You must obtain a ticket before boarding.
>
> TICKETING INFORMATION
> ---------------------
> You can pick up your tickets at any Amtrak ticket window.
>
> PASSENGER INFORMATION
> ---------------------
> Passenger 1: Jennifer Spaden (Adult)
> Passenger 2: Amber Spaden (Child)
> Passenger 3: melissa Spaden (Child)

ITINERARY
================================================================Spring
field, IL (SPI) to Port Huron, MI (PTH)
11-SEP-06; 6:33 am - 11-SEP-06; 10:53 pm
================================================================

Service: 300 State House
Duration: 3h 22m
  <Departs>
  Springfield, IL (SPI)
  11-SEP-06; 6:33 am

  <Arrives>
  Chicago - Union Station, IL (CHI)
  11-SEP-06; 9:55 am

  <Seat(s)/Room(s)>
  3 Reserved Coach Seats

Amenities:  Snack car
-----------------------------------------------------------
Service: 364 Blue Water
Duration: 6h 53m

  <Departs>
  Chicago - Union Station, IL (CHI)
  11-SEP-06; 3:00 pm

  <Arrives>
  Port Huron, MI (PTH)
  11-SEP-06; 10:53 pm

  <Seat(s)/Room(s)>
  3 Reserved Coach Seats

Amenities:  Snack car
================================================================
Port Huron, MI (PTH) to Springfield, IL (SPI)
16-SEP-06; 5:15 am - 16-SEP-06; 6:49 pm
================================================================

Service: 365 Blue Water
Duration: 6h 59m

  <Departs>

Port Huron, MI (PTH)
16-SEP-06; 5:15 am

<Arrives>
Chicago - Union Station, IL (CHI)
16-SEP-06; 11:14 am

<Seat(s)/Room(s)>
3 Reserved Coach Seats

Amenities: Snack car

-----------------------------------------------------------

Service: 321 Texas Eagle
Duration: 3h 29m

<Departs>
Chicago - Union Station, IL (CHI)
16-SEP-06; 3:20 pm

<Arrives>
Springfield, IL (SPI)
16-SEP-06; 6:49 pm

<Seat(s)/Room(s)>
3 Reserved Coach Seats

Amenities: Checked baggage, Dining car, Lounge

FARE INFORMATION
----------------
Rail Fare:        $200.00
Upgrades/bedroom Price: $0.00
Ticket Delivery Fee:
-------------------------------
Total:            $200.00

BILLING INFORMATION
-------------------
Billed to:
Danny W Orr

Port Huron, MI 48060

31

US

Total Price:  $200.00

Credit Card:  MasterCard ************5376

19.     On September 6, 2006, Det. Janette Carlton, spoke with "master_corps1",

over the telephone. Det. Carlton was posing as the voice of "Jennifer Spaden". It should be

noted that this conversation was captured. During the conversation the suspect had made

statements to Det. Carlton about him making arrangements and paying for her and the girls to

stay at the Holiday Inn, Port Huron. The suspect also talked about meeting her at the train

station.

20.     On September 7, 2006, SSA Mitchell received a response from Yahoo,

Inc. for subscriber and connection information on "master_corps1". The following was received:

| | |
|---|---|
| Login Name: | master_corps1 |
| Properties Used: | 360 |
| | Briefcase |
| | Mail |
| | Photos |
| Yahoo Mail Name: | master_corps1@yahoo.com |
| Registered IP Address: | 68.61.19.207 |
| Other Identities: | master_corps1 (Yahoo! Mail) |
| Full Name: | Mr. Dan |
| City: | Port Huron |
| State: | MI |
| Country: | United States |
| Zip/Postal Code:   48060 | |
| Time Zode: | ET |
| Account Created:  Sat Dec 10 07:06:01 2005 | |
| My Yahoo Configured: | Sat Dec 10 07:08:24 2005 |
| Account Status: | Active |

The connection information provided shows that "master_corps1" connected to
the Yahoo system between June 9, 2006 and September 3, 2006 at various times but

always from the same IP Address, 68.61.19.207

21.      On September 7, 2006, SSA Mitchell received a response from Comcast

Cable communications.  The following information was provided for connection information on

DAN ORR,                , Port Huron, MI, Acct# 09507-60243503:

| | |
|---|---|
| Subscriber Name: | Dan Orr |
| Address: | |
| | Port Huron, MI  48060 |
| | (This address is the subscriber's service address) |
| Telephone#: | -6604 |
| Type of Service: | Residential High Speed Internet Service |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| Current IP Address: | 68.61.19.207 as of 9/5/06 |
| Account created: | 10/08/2003 |
| Account Number: | 09507-60243503 |
| E-mail User Ids: | orr001 |
| Method of Payment: | Statement sent to above address |
| | (No credit card numbers or bank account numbers on file) |

22.      The undersigned affiant submits that there is probable cause to believe that

DANNY WILLIAM ORR utilizing a computer located at                 , Port Huron,

Michigan 48060, DOB      /1949, SSN:        -5513 is a sexual predator.  This opinion is based

upon Internet activities of DANNY WILLIAM ORR and statements made by him to an

undercover police officer.

33

## **Conclusion**

23.    Based upon all of the information set forth in this application, your affiant

respectfully submits that there is probable cause to believe that DANNY WILLIAM ORR, using

a computer located at                    , Port Huron, Michigan 48060, violated 18 U.S.C. §

2422.

34

24.   In consideration of the foregoing, affiant respectfully requests that this Court issue

an order authorizing the arrest of DANNY WILLIAM ORR, DOB      /1949, SS#      -5513,

Michigan DL # O600135887709,                   , Port Huron, Michigan, 48060.

s/Michael F. Mitchell

X,

Michael F. Mitchell
Special Agent, ICE

Subscribed and sworn to before me this  8ᵗʰ  of September 2006

s/David G. Bernthal

David G. Bernthal
United States Magistrate Judge

35

OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT   S E A L E D

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
DANNY W. ORR

**FILED**

**CRIMINAL COMPLAINT**

SEP - 8 2006

Case Number: 06-M- ~~7226~~ 7226

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about   September 5, 2006   ~~in~~ _____ ~~County~~, in the   Central   District of   Illinois   defendant(s) did,

(Track Statutory Language of Offense)
knowingly attempt to coerce and entice a minor to travel in interstate commerce to engage in sexual activity for which the defendant could be charged with a criminal offense,

in violation of Title   18   United States Code, Section(s)   2 422 (a) ~~2442(a)~~   .
I further state that I am a(n)   Special Agent, BICE   and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

s/Michael F. Mitchell
_____
Signature of Complainant

Michael F. Mitchell
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

9/8/2006                                    at   Urbana                 Illinois
Date                                               City                      State

s/David G. Bernthal

David G. Bernthal          U.S. Magistrate Judge
Name of Judge              Title of Judge                  Signature of Judge