E-FILED
Monday, 11 September, 2006  03:08:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-M-7226 |
| ) | |
| DANNY W. ORR, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CORRECT TYPOGRAPHICAL ERROR IN CRIMINAL COMPLAINT

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, hereby moves to correct a typographical error contained in the Criminal Complaint filed in this cause.

1. A Criminal Complaint was filed in this case on September 8, 2006. The case was sealed by this Court on that date.

2. On that same date, an Arrest Warrant was issued. The defendant has not yet been arrested.

3. The Affidavit in support of the Criminal Complaint accurately reflects a violation of 18 U.S.C. § 2422(a). The Arrest Warrant also accurately reflects this violation.

4. The Criminal Complaint contains a typographical error which reflects a violation of 18 U.S.C. § 2442(a).

Wherefore, the United States respectfully moves this Court for an order correcting the typographical error contained in the Criminal Complaint to accurately reflect a violation of 18 U.S.C. § 2422(a).

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov