CM/ECF - U.S. District Court:mied - Docket Report  Page 1 of 3
2:06-cr-20074-MPM-DGB    # 5    Page 1 of 2

E-FILED
Friday, 15 September, 2006  03:14:08 PM
Clerk, U.S. District Court, ILCD
CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-30430-JU-ALL

Case title: USA v. Orr
Other court case number: 06M7226 USDC - Central District of Illinois

Date Filed: 09/12/2006

Assigned to: Honorable Unassigned

**Defendant**

**Danny W. Orr** (1)
*TERMINATED: 09/13/2006*

represented by **Federal Defender**
Federal Defender Office (Detroit)
645 Griswold Street
Suite 2255
Detroit, MI 48226
313-961-4150
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Rule 40 from Central Illinois | ORDER Transferring Defendant to Answer to Charges Pending in Another District and Commitment to that District. |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Gary M. Felder**<br>U.S. Attorney's Office (Detroit)<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226<br>313-226-9100<br>Email: gary.felder@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2006 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Danny W. Orr held on 9/12/2006. **Detention Hearing set for 9/13/2006 01:00 PM.** (Tape #: DAS 9/12/06) (Defendant Attorney: Rhonda Brazile) (AUSA: Gary Felder) (MLan, ) (Entered: 09/13/2006) |
| 09/12/2006 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Removal Hearing not held on 9/12/2006 Disposition: defendant waives removal hearing (Tape #: DAS 9/12/06) (Defendant Attorney: Rhonda Brazile) (AUSA: Gary Felder) (MLan, ) (Entered: 09/13/2006) |
| 09/12/2006 | 2 | ORDER APPOINTING FEDERAL DEFENDER as to Danny W. Orr. Signed by Honorable Donald A Scheer. (AGre, ) (Entered: 09/13/2006) |
| 09/12/2006 | 3 | ORDER OF TEMPORARY DETENTION as to Danny W. Orr Signed by Honorable Donald A Scheer. (AGre, ) (Entered: 09/13/2006) |
| 09/12/2006 | 4 | WAIVER of Rule 5 Hearings by Danny W. Orr (AGre, ) (Entered: 09/13/2006) |
| 09/13/2006 | 1 | PETITION by Gary M. Felder for removal hearing as to Danny W. Orr (1). (MLan, ) (Entered: 09/13/2006) |
| 09/13/2006 | 5 | ORDER OF DETENTION PENDING TRIAL as to Danny W. Orr Signed by Honorable Donald A Scheer. (AGre, ) (Entered: 09/13/2006) |
| 09/13/2006 | 6 | ORDER holding Defendant to appear in Central District of Illinois, as to Danny W. Orr Signed by Honorable Donald A Scheer. (AGre, ) (Entered: 09/13/2006) |
| 09/13/2006 | 7 | NOTICE transferring case to Central District of Illinois as to Danny W. Orr. (AGre, ) (Entered: 09/13/2006) |
| 09/13/2006 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Detention Hearing as to Danny W. Orr not held on 9/13/2006 Disposition: defendant consents to detention (Tape #: DAS 9/13/06) (Defendant Attorney: Richard O'Neill) (AUSA: Gary Felder) (MLan, ) (Entered: 09/13/2006) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,      CRIMINAL NO. 06-30430

    Plaintiff,     Original District No. **06M7226**

v.

DANNY W. ORR

    Defendant.

F I L E D
SEP 12 2006
CLERK'S OFFICE
DETROIT

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DANNY W. ORR** to answer to charges pending in another federal district, and states:

1. On **September 12, 2006**, defendant was arrested in the Eastern District of Michigan in connection with a fedeal arrest warrant issued in the **Central District of Illinois based on a Complaint**. Defendant is charged in that district with **in violation of Title 18, United States Code, Section 2422(a).**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government request this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

GARY FELDER
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: September 12, 2006

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

E-FILED
Friday, 15 September, 2006 05:10:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA

v.

Danny Orr

FILED
SEP 1 2 2006
CLERK'S OFFICE
DETROIT

Case No: 06-30430

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

- ☐ MULTIPLE DEFENDANT CASE
- ☐ NON-ENGLISH SPEAKING
- ☐ DEFENDANT IN CUSTODY

LANGUAGE: _____

VIOLATION: _____

CASE TYPE: Removal

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

***IT IS ORDERED*** that the Federal Defender Office, 22nd Floor, 2255 Penobscot Building, Detroit, Michigan 48226, telephone number **(313) 961-4150**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: 9/13/06 1:00 p.m.

Dated: 9/12/06

_Signature_
United States District Judge/Magistrate Judge

AUSA Assigned: Gary Felder

## PARTIAL PAYMENT ORDER

***IT IS ORDERED*** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the *Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.*

Defendant's Name, Address & Telephone Number:

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDM 0044
01/06

ORIGINAL

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MICHIGAN__

UNITED STATES OF AMERICA

v.

Danny Orr

_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

FILED
SEP 12 2006
CLERK'S OFFICE
DETROIT

Case Number: 06-30430

Upon motion of the __GOVERNMENT__, it is ORDERED that a detention hearing is set for __9/13/06__ * at __1:00 pm__
_Date_ _Time_

before __THE DUTY MAGISTRATE JUDGE__
_Name of Judicial Officer_

__ROOM 1042; U.S. DISTRICT COURTHOUSE; 231 WEST LAFAYETTE; DETROIT, MI__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
_Other Custodial Official_

Date: __9/12/06__

_Donald C. Scheer_
Judge
DONALD A. SCHEER
U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

v.

Case No.06-30430
Originating No. 06M7226

DANNY W. ORR,

        Defendant.

F I L E D
SEP 1 2 2006
CLERK'S OFFICE
DETROIT

I understated that in the **Central District of Illinois,** charges are pending alleging violation of **Title 18, United States Code, Section 2422(a)**, and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district of the district of prosecution.

-1-

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary hearing

(X) identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____   _____
Defendant                          Counsel for Defendant
Date: 9/12/06                      Date: 9/12/06

# United States District Court

Eastern District of Michigan

United States of America  [FILED] [CONSENT]

v.  **ORDER OF DETENTION PENDING TRIAL**

Danny Orr                    SEP 13 2006

Defendant          CLERK'S OFFICE   Case Number: 06-30430
                   DETROIT

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

☐ (1) I find that:
  ☐ there is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
  ☐ under 18 U.S.C. § 924(c).

☐ (2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

☐ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

☐ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Written Statement of Reasons for Detention

☐ I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):
  ☐ (a) nature of the offense -
  ☐ (b) weight of the evidence -
  ☐ (c) history and characteristics of the defendant -
    ☐ 1) physical and mental condition -
    ☐ 2) employment, financial, family ties -
    ☐ 3) criminal history and record of appearance -
  ☐ (d) probation, parole or bond at time of the alleged offense -
  ☐ (e) danger to another person or community -

*Defendant consents to detention pending removal, without prejudice to his right to a bond hearing in the charging district*

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date 9/13/06                                    _____
                                                Signature of Judge
                                                Donald A. Scheer, United States Magistrate Judge
                                                Name and Title of Judge

E-FILED
Friday, 15 September, 2006 03:22:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

    Case No. 06- 06-30430
    Originating No. 06M7226

DANNY W. ORR,

F I L E D
SEP 13 2006
CLERK'S OFFICE
DETROIT

    Defendant.

## ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **Danny W. Orr** be held to answer to the charges pending against him in the **United States District Court for the Central District of Illinois in the case of United States v Danny W. Orr, Docket No. 06M7226.**

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified

I hereby certify that the is a true copy of the original on fil... Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____
    Deputy

copy of this order and commitment, to the **United States District Court for the Central District of Illinois in Urbana**, and deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

s/ Donald A. Scheer

United States Magistrate Judge

Entered: September 13, 2006

## RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
| --- | --- | --- |
|  |  |  |

| Date | United States Marshal | (By) Deputy U.S. Marshal |
| --- | --- | --- |

MIED (Rev. 7/18/05) Notice of Transfer Pursuant to Fed. R. Crim. P. 5(3)(E)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,          Case No. 06-mj-30430

v.

Danny W. Orr,

       Defendant(s).
_____/

## NOTICE OF TRANSFER PURSUANT TO RULE 5(3)(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO: United States District Court for the Central District of Illinois

Enclosed please find certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim. P. 5(3)(E) and the docket sheet. The case record is electronic and can be viewed at https://ecf.mied.uscourts.gov using your PACER login

Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

        Clerk's Office
        United States District Court
        200 E. Liberty Street
        PO Box 8199
        Ann Arbor, MI 48104

## CERTIFICATION

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        DAVID J. WEAVER, CLERK OF COURT

Date: 9/13/2006        By  s/Alissa L. Greer
                                  Deputy Clerk

**RECEIVED**
SEP 15 2006
U.S. CLERK'S OFFICE
URBANA, IL