E-FILED
Monday, 30 October, 2006 12:21:42 PM
Clerk, U.S. District Court, ILCD

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## CENTRAL District of ILLINOIS

**FILED SEALED**

UNITED STATES OF AMERICA
v.
DANNY W. ORR

OCT 27 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**WARRANT FOR ARREST**

Case Number: 06-M- 7226

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DANNY W. ORR_____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly attempting to coerce and entice a minor to travel in interstate commerce to engage in sexual activity for which the defendant could be charged with a criminal offense,

in violation of Title __18__ United States Code, Section(s) __2422(a)__

| David G. Bernthal | s/David G. Bernthal |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 9/8/2006       Urbana, Illinois |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Detroit, MI_

| DATE RECEIVED 05/14/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/12/06 | USMS / DUSM's | Larry Haller |