

**E-FILED**
Thursday, 16 November, 2006 03:08:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

NOV 1 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-<u>20074</u> |
| ) | Violations: Title 18, United |
| v. ) | States Code, Sections 2422(b) |
| ) | and 2422(a). |
| DANNY W. ORR, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about July 19, 2006, and continuing to on or about September 11, 2006, in the Central District of Illinois, and elsewhere, the defendant,

**DANNY W. ORR,**

used a facility and means of interstate commerce, including Internet communications, a means of interstate commerce, to knowingly attempt to persuade, induce, entice, and coerce a minor who had not attained the age of 18 to engage in sexual activity for which the defendant could have been charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about September 5, 2006, in the Central District of Illinois, and elsewhere, the defendant,

**DANNY W. ORR,**

knowingly and intentionally attempted to persuade, induce, entice, and coerce a minor who had not attained the age of 18 to travel in interstate commerce to engage in sexual activity for which the defendant could have been charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(a).

A TRUE BILL.

s/Foreperson
_____
FOREPERSON

s/Bradley W. Murphy
_____
RODGER A. HEATON
UNITED STATES ATTORNEY
TB