# United States District Court

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>) |
| | ) CASE NO. **06-20074** |
| | ) |
| **DANNY W. ORR**<br>Defendant | )<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 PM** on **JANUARY 11, 2007,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **JANUARY 22, 2007,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 30th day of November, 2006.

s/  David G. Bernthal
_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE