**E-FILED**
Thursday, 03 January, 2008  01:10:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-20074 |
| ) | |
| DANNY W. ORR, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF THE CASE

The Defendant, Danny W. Orr, is charged with one count of using a facility and means of interstate commerce, including Internet communications, a means of interstate commerce, to knowingly attempt to persuade, induce, entice, and coerce a minor who had not attained the age of 18 to engage in sexual activity for which the defendant could have been charged with a criminal offense (Count 1) and knowingly and intentionally attempting to persuade, induce, entice, and coerce a minor who had not attained the age of 18 to travel in interstate commerce to engage in sexual activity for which the defendant could have been charged with a criminal offense (Count 2).

The defendant has pleaded not guilty to the charges.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on the 3rd of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following and I hand delivered a copy of same to:

    Sheldon Sorosky
    Attorney for Defendant

                       s/Timothy A. Bass
                       TIMOTHY A. BASS, Bar No. MO 45344
                       Assistant United States Attorney
                       201 S. Vine Street, Suite 226
                       Urbana, Illinois 61802
                       Phone: 217/373-5875
                       Fax: 217/373-5891
                       tim.bass@usdoj.gov