| UNITED STATES v. DANNY W. ORR | | | | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S ATTYS.<br>Sheldon Sorosky | | DOCKET NUMBER  06-20074 | |
| | | | | | TRIAL DATE<br>January 28, 2008 | |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | COURT REPORTER<br>Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 1a-1g | | | | | Reports of Investigation | |
| 2a-2g | | | | | Images sent to Detective Welker from Defendant | |
| 3 | | | | | Summons to Yahoo | |
| 4 | | | | | Summons to Comcast | |
| 5 | | | | | Response from Yahoo | |
| 6 | | | | | Response from Comcast | |
| 7a-7f | | | | | Recorded conversations between Detective Carlton and Defendant | |
| 8 | | | | | Email regarding train tickets from Defendant | |
| 9 | | | | | Train tickets from Amtrak obtained by Defendant | |
| 10 | | | | | Dell Dimension 4600, S/N GR#4831 seized from Orr residence | |
| 11a-11b | | | | | Two compact discs containing child pornography | |
| 12 | | | | | Letter from Defendant to Ferne Orr | |
| 13 | | | | | Recorded phone message from Defendant | |

| UNITED STATES v. DANNY W. ORR | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANT'S ATTYS. Sheldon Sorosky | DOCKET NUMBER   06-20074 | |
| | | | | | TRIAL DATE January 28, 2008 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 14 | | | | | Citibank credit card statement | |
| 15 | | | | | Recorded interview of Paula Dudgeon | |
| 16 | | | | | Recorded interview of Defendant | |
| 17 | | | | | Recorded interview of Ferne Orr | |
| 18 | | | | | Consent to take over user account | |
| 19 | | | | | Waiver of Rights form | |
| 20 | | | | | Cingular Wireless response | |
| 21a-21f | | | | | MDS Hash of images received from defendant by Detective Welker | |
| 22a-22qq | | | | | Child porn images located on compact disk 1 and 2 (Exhibit 11a and 11b) | |
| 23a-23gg | | | | | Chat received from Defendant's Dell computer (Exhibit 10) (33 chats between "master_corps1" and "jenmomam" | |