UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JAN 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-20074 |
| DANNY W. ORR, | ) |
| Defendant. | ) |

## STIPULATION

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, and the defendant, Danny W. Orr, personally and by and through his attorney, Sheldon Sorosky, hereby stipulate and agree to the following:

1.  Paula Dudgeon would testify that she is a cousin of Danny Orr and resides in Westerville, Ohio. She would further testify that in August 2006, she was contacted by Danny Orr, who stated that he was not getting along with his wife right now and needed to get away. Orr stated that he was planning on traveling to a drinking buddy's house in Illinois.

2.  Dudgeon wold further testify that Danny Orr asked if Dudgeon would be an alibi for his trip. Danny Orr told Dudgeon that he was going to tell his wife that he was going to travel to Dudgeon's house the first week of September 2006, when in fact he was actually going to his friend's house in Illinois. Orr asked Dudgeon to tell his

wife, if she called, to call his cell phone because he was not at the house and was out running errands. Dudgeon agreed to provide the alibi for Orr.

|  |  | RODGER A. HEATON<br>United States Attorney |
|---|---|---|
| s/ S. Sorosky<br>SHELDON SOROSKY, Attorney for<br>Danny Orr | BY: | s/ T. Bass<br>TIMOTHY A. BASS<br>Assistant United States Attorney |
| s/ Danny Orr<br>DANNY ORR |  |  |