~~YOU ARE INSTRUCTED AND THE PARTIES AGREE THAT~~ THE SEXUAL ACTIVITY WITH THE MINORS DESCRIBED IN THIS CASE WOULD HAVE BEEN A CRIME, IF IT HAD OCCURRED, UNDER ILLINOIS AND MICHIGAN LAW.

FILED
JAN 30 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

18A

GOVERNMENT INSTRUCTION NO. A