FILED
JAN 30 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS
E-FILED
Monday, 04 February, 2008 10:59:15 AM
Clerk, U.S. District Court, ILCD

DEFENDANT'S INSTRUCTION

DEFENDANT ~~HAS TESTIFIED~~ MAINTAINS THAT ~~THAT~~ HE DID NOT INTEND TO ACTUALLY ENGAGE IN THE SEXUAL ACTIVITY THAT HE WROTE ABOUT AND TALKED ABOUT

IF YOU FIND FROM YOUR CONSIDERATION OF ALL THE EVIDENCE THAT THE GOVERNMENT PROVED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT INTENDED TO ENGAGE IN THIS SEXUAL ACTIVITY THEN YOU SHOULD FIND THE DEFENDANT GUILTY

IF, ON THE OTHER HAND, YOU FIND FROM

THE CONSIDERATION OF ALL THE EVIDENCE THAT THE GOVERNMENT DID NOT PROVE BEYOND A REASONABLE DOUBT THAT THE DEFENDANT INTENDED TO ENGAGE IN THIS SEXUAL ACTIVITY, THEN YOU SHOULD FIND THE DEFENDANT NOT GUILTY.