FILED
JAN 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

E-FILED
Monday, 04 February, 2008  01:25:46 PM
Clerk, U.S. District Court, ILCD

To the judge:

Can you provide a copy of the chat discussions for each juror?

Foreperson

1/30/08
4:40 p.m.