| UNITED STATES v. DANNY W. ORR | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | | DEFENDANT'S ATTYS. Sheldon Sorosky | DOCKET NUMBER 06-20074 |
| | | | | | | TRIAL DATE January 28, 2008 |
| PRESIDING JUDGE Michael P. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY SJ |
| Plf No | Def No | Date 2008 | Marked | Admitted | EXHIBITS | |
| 1a-1g | | | | | Reports of Investigation | |
| 2a-2g | | 1/29/08 | ✓ | ✓ | Images sent to Detective Welker from Defendant — Not to jury — w/drawn by Govt — No obj | |
| 3 | | | | | Summons to Yahoo | |
| 4 | | | | | Summons to Comcast | |
| 5 | | 1/30 | ✓ | ✓ | Response from Yahoo — no obj | |
| 6 | | 1/30 | ✓ | ✓ | Response from Comcast — no obj | |
| 7a-7f | | 1/29 | ✓ | ✓ | Not to jury — Recorded conversations between Detective Carlton and Defendant — no obj | |
| 8 | | 1/29 | ✓ | ✓ | Email regarding train tickets from Defendant — no obj | |
| 9 | | 1/30 | ✓ | ✓ | Train tickets from Amtrak obtained by Defendant — no obj | |
| 10 | | 1/30 | ✓ | ✓ | not to jury w/drawn by Govt no obj — Dell Dimension 4600, S/N GR#4831 seized from Orr residence | |
| 11a-11b | | | | | Two compact discs containing child pornography | |
| 12 | | | | | Letter from Defendant to Ferne Orr | |
| 13 | | | | | Recorded phone message from Defendant | |

Page 2 of 2

| UNITED STATES v. DANNY W. ORR | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANT'S ATTYS. Sheldon Sorosky | | DOCKET NUMBER  06-20074 | |
| | | | | | TRIAL DATE January 28, 2008 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY SJ | |
| Plf No | Def No | Date 2008 | Marked | Admitted | **EXHIBITS** | |
| 14 | | 1/30 | ✓ | ✓ | Citibank credit card statement | no obj |
| 15 | | | | | Recorded interview of Paula Dudgeon | |
| 16 | | 1/30 | ✓ | ✓ | Not to jury  Recorded interview of Defendant | portions obj by D  OR |
| 17 | | | | | Recorded interview of Ferne Orr | |
| 18 | | 1/30 | ✓ | ✓ | Consent to take over user account | no obj |
| 19 | | 1/30 | ✓ | ✓ | Waiver of Rights form | no obj |
| 20 | | 1/30 | ✓ | ✓ | Cingular Wireless response | no obj |
| 21a-21f | | | | | MDS Hash of images received from defendant by Detective Welker | |
| 22a-22qq | | | | | Child porn images located on compact disk 1 and 2 (Exhibit 11a and 11b) | |
| 23a-23gg | | 1/29 | ✓ | ✓ | Chat received from Defendant's Dell computer (Exhibit 10) (33 chats between "master_corps1" and "jenmomam" | no obj |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

US vs. Orr  CASE NO. 06-20074

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 25A | | 1/30/08 | ✓ | ✓ | photo | no obj |
| 25B | | 1/30/08 | ✓ | ✓ | photo | |
| 25C | | 1/30/08 | ✓ | ✓ | photo | |
| 25D | | 1/30/08 | ✓ | ✓ | photo | |
| 27 | | 1/29/08 | ✓ | ✓ | Profile of "Master Corp I" | no obj |
| 28 | | 1/29/08 | ✓ | ✓ | Video Capture of chat room  Not to Jury  withdrawn by gov't | no obj |

Page _____ of _____ Pages