E-FILED
Monday, 04 February, 2008, 01:33:50 PM
Clerk, U.S. District Court, ILCD

JAN 3 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Judge McCuskey

We would like to see the police interview in its entirety.

Foreperson #115
10:17 a.m. Jan. 31, 2008