Judge McCuskey

The jury does not want to see the police ~~evid~~ interview in evidence again.

Foreperson #11-5
1-30-08, 10:50 a.m.

FILED
JAN 31 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS