E-FILED
Monday, 04 February 2008, 01:37:02 PM
Clerk, U.S. District Court, ILCD

JAN 31 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Judge McCuskey

The jury has unanimously agreed on verdicts on both counts.

Foreperson #115
1-31-08, 11:12 a.m.