UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



FILED
JAN 3 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CRIMINAL NO. 06-20074 |
| ) | VIOLATION: TITLE 18, UNITED |
| DANNY W. ORR, ) | STATES CODE, SECTIONS 2422(b) |
| ) | AND 2422(a) |
| DEFENDANT. ) | |

## VERDICTS

WE, THE JURY, FIND THE DEFENDANT, DANNY W. ORR,

___GUILTY___ OF THE OFFENSE OF USING A FACILITY AND
(GUILTY/NOT GUILTY)

MEANS OF INTERSTATE COMMERCE, TO KNOWINGLY ATTEMPT TO PERSUADE,

INDUCE, ENTICE, AND COERCE A MINOR WHO HAD NOT ATTAINED THE AGE OF

18 TO ENGAGE IN SEXUAL ACTIVITY FOR WHICH THE DEFENDANT COULD HAVE

BEEN CHARGED WITH A CRIMINAL OFFENSE.

WE, THE JURY, FIND THE DEFENDANT, DANNY W. ORR,

___GUILTY___ OF THE OFFENSE OF KNOWINGLY AND
(GUILTY/NOT GUILTY)

INTENTIONALLY ATTEMPTING TO PERSUADE, INDUCE, ENTICE, AND COERCE A

MINOR WHO HAD NOT ATTAINED THE AGE OF 18 TO TRAVEL IN INTERSTATE

COMMERCE TO ENGAGE IN SEXUAL ACTIVITY FOR WHICH THE DEFENDANT COULD HAVE BEEN CHARGED WITH A CRIMINAL OFFENSE.

DATE: JAN. 31, 2008

| s/ Juror | s/ Juror |
|---|---|
| s/ Juror | s/ Juror |
| s/ Juror | s/ Juror |
| s/ Juror | s/ Juror |
| s/ Juror | s/ Juror |
| s/ Juror | s/ Foreperson |
|  | FOREPERSON |