E-FILED
Tuesday, 26 February, 2008  03:52:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-20074 |
| ) | |
| DANNY W. ORR, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's response to defendant's motion for new trial. The government respectfully states the following:

1.    The defendant filed a motion for new trial on February 11, 2008.

2.    This Court ordered the government to file its response to said motion by February 25, 2008.

3.    This is the government's first request for additional time in which to file its response.

4.    The attorney for the government completed the government's brief in *Scott v. United States*, 07-2130, which was due to the Court of Appeals on February 13, 2008.

5.  The attorney for the government has been preparing for the trial of *United States v. Faulds*, No. 07-20004, which commenced before this Court on February 25, 2008.

6.  Finally, the attorney for the government has been preparing the government's response to a motion under 28 U.S.C. § 2255 in *James v. United States*, No. 07-2247.

7.  The government has been diligently attempting to complete its response. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's response has not been completed. Accordingly, the government requests until March 10, 2008, to file its response.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875; Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of February 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

    Sheldon Sorosky
    Kaplan & Sorosky Ltd
    158 W. Erie
    Chicago, IL 60610

                                        s/Timothy A. Bass
                                        TIMOTHY A. BASS, Bar No. MO 45344
                                        Assistant United States Attorney
                                        201 S. Vine Street, Suite 226
                                        Urbana, Illinois 61802
                                        Phone:  217/373-5875
                                        Fax: 217/373-5891
                                        tim.bass@usdoj.gov