E-FILED
Friday, 14 March, 2008   11:20:47 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

___

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 06-20074 |
| ) | |
| **DANNY W. ORR,** ) | |
| ) | |
| **Defendants.** ) | |

___

## ORDER
___

On January 31, 2008, following a jury trial, Defendant Danny W. Orr was found guilty of one count of using a facility and means of interstate commerce to knowingly attempt to persuade, induce, entice, or coerce a minor who had not attained the age of 18 to engage in sexual activity for which the defendant could have been charged with a criminal offense and one count of knowingly and intentionally attempting to persuade, induce, entice, and coerce a minor who had not attained the age of 18 to travel in interstate commerce to engage in sexual activity for which the defendant could have been charged with a criminal offense. On February 11, 2008, Defendant Orr filed a Motion for New Trial (#30). The Government filed its Response to Defendant's Motion for New Trial (#32) on March 10, 2008.

In his Motion for a New Trial, Defendant Orr argues that this court erred in refusing to give Defendant's proposed jury instruction which indicated the Government was required to prove that Defendant Orr intended to engage in sexual activity with a minor. This court heard argument at the jury instruction conference regarding this issue. At that time, this court ruled that the elements

instructions proposed by the Government accurately and sufficiently stated the Government's burden of proof with regard to the charged offenses. After the filing of Defendant's motion, this court again reviewed the instructions submitted to the jury and finds that the jury was adequately and appropriately instructed on the elements of the charged offenses. This court, therefore, adheres to its original ruling in refusing Defendant Orr's proposed jury instruction. Accordingly, Defendant Orr's Motion for a New Trial (#30) is DENIED.

ENTERED this 14th day of March, 2008.

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE