E-FILED
Thursday, 24 April, 2008  03:07:23 PM
Clerk, U.S. District Court, ILCD

RECEIVED

APR 24 2008

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

4-22-08

Your Honor

I am Danny Orr's Dad. Danny had both shoulder's replaced + one knee replaced both ankles fused. He didn't have To Take a lot of pain medicine. But When he had his elbow repaced. He Took Voltarin + Vicaodin Morphine + Ambien. He would stop by To see us atleast once a week. He would call To see how we are. That all stopped For That year, When he had That elbow done. When we would be with him he dindt Talk. He Was in depresion all The Time.

Yours Truely
William Orr