E-FILED
Tuesday, 13 May, 2008  02:53:07 PM
Clerk, U.S. District Court, ILCD

Ferne Orr

Port Huron MI. 48060
Phone (810)

May 8, 2008

Hon. Micheal P. Mc Cuskey
318 U.S. Courthouse
201 S. Vine St.
Urbanna IL. 61802

RE: Danny W. Orr, sentencing date May 16, 2008

Dear Judge McCuskey

Your Honor I cannot tell you how many times I have tried to write this letter. But time is running out and I must attempt once again. What can I do or say to defend my husband from the terrible charges that have been brought on him?

It is true that Dan said terrible things on a chat room that has shamed our whole family. Everyone who knows us was stunned. For our getting together after 34yrs was truly a love story. I cherished each and everyday we had together knowing it was a true blessing from God. Dan is a loving giving person who was always willing to help anyone if he could. He was so kind to my elderly mother. He watched his own mother suffer terribly with the same disease, severe rheumatoid arthritis which has crippled her body and mind. She has had over 30 surgeries herself and Dan has had 8in just 6yrs we were together. He watched daily his father having to care for his mothers every need. His last surgery to replace his elbow went all wrong with damage to his Ulna nerve the pain was so severe many times we had to travel over a hour to the doctors to see what could be done. Vicoden 500mg and mortin 500mg were taken every day for over a year just to get by. I know this should not be a reason for Dan to say the things he did but I do know the chronic pain and pain killers dulls good judgment in anyone who has experience them. Depression and hopelessness, of ever feeling well again Dan talked to his rheumatoid doctor that he wanted to die. I was afraid that I would come home and find him gone. He felt like a burden to me having to take care of the house and him. Days I would bath and dress him this is why I was so shocked when I was told Dan had been arrested for wanting to have sex with a 37yr. Old woman and her children. For Dan hadn't been able to have sex for over 2yrs. How could this have happened I go work and get a phone call that tore my heart right out of me. My whole world fell apart in a split second. I even remembered asking if the phone call was a joke. No it was a nightmare I am still in.

Who do I turn to that would understand what had happened? I could find no one. No one but God could help so I prayed and I still pray for forgiveness. The devil came to destroy my life that was filled with so much love. But I will not give Dan up I have cried so may times with him on the phone and we write letters daily I have sent him over 70 books on forgiveness and prayer and how God Loves Us. I know that the library at DeWitt county jail has been enriched and all those who are reading them will be blessed. I had a dream that woke me 24hrs before Dan was arrested. I was awaken laughing for I saw Dan in his robe with a mouse trap in his hair I remembered hearing my voice say you better be quiet or your going to wake Dan. And that's just what

happened. They arrested Dan while he was still in his robe. And the fact he has been held in a jail that bears my maiden name of DeWitt spelled the very same way tells me that God wanted to save Dan even if it meant he would be taken away from me. I do know that this 19 months have saved not only Dans soul but also many family and friends seek a closer walk with God. Dan was dead to himself on Nov2 2006 and saved by the Grace of God he studies his word daily. I was so surprised as I had not seen Dan in over a year the day of the trial that he looked so well. God has blessed us in so many ways your Honor I pray for a miracle that some day Dan and I may be together again. I promise to support him in every way and have forgiven him and will Love Him always.

May I please say something about the report of Dan acting inappropriately towards a foster child Leah that was in my daughters care? Whenever and that was seldom we had one of the foster children here in our home I was always with them and my two grandsons also. Our house is only 1200 sq. ft. ranch so it not a big house Leah never left the side of her brothers in fact she wouldn't move from one spot to another unless you told her to so I was shocked to hear that information. My daughter Christine has had over 50 foster children in her home and we have been Grandma and Grandpa to all of them. We buy all the children gifts for birthdays and Christmas as we treat them like our two grandsons. Leah came into my daughters home with a broken arm she was taken to counseling for weeks and I feel all this should be looked into also. There is so much I know that is hard to find words to express how this to be true. When the idea of someone speaking of such things it must be I understand but in my heart I cannot find how when I was right here.

I Pray that the truth will set us all free. For all this affects all of us and everyone suffers. Thank-You for taking the time and patients with me you Honor.

Signature

*Ferne Orr*