①

May 12, 2008

06-20074

Peter M. Eschker

Port Huron Mi. 48060
(810) 841-

Date of Sentencing
  May 16, 2008
Danny W. Orr
Date of arrest
Sept 12, 2006

Hon Micheal P. McCuskey
318 U.S. Court House
201 S. Vine St,
Urbana IL, 61802

The reason I am writing this letter is because a good friend of mine is charged with a very serious crime. Danny W. Orr was charged on Sept 12, 2006. The fact is I don't even like to say it because it involved children. and I can't believe it happened. But I'm sure you have heard that enough in your career.

②

Dan was my next door neighbor, more like a brother, he would help me and I would help him. I could always count on him Saturday morning to have my cup of coffee ready for me. We would sit on his porch or in his garage and just talk. Like all ~~men~~ men, I know we didn't share everything. But I also know things weren't that great. Forced to retire because his physical abilities, problems with his health and medication.

The fact is I know that this does not ~~excuse~~ excuse his actions. Because I have children of my own and his actions or choices sicken me. Truly I am between a rock and hard place. I have kept in communication with him in jail. I know he has a life changing experience. He talks about other inmates and asks for prayer for their needs. Not has he asked me to do something like this for him. Something has changed him in there, but you probably see that alot.

③

The reason writing you your Honor is too ask for mercy for dan. In our lives we are faced with right and wrong decision and on this day dan made a terrible choice. His wife needs him and his neighbor Pete needs him. Maybe there is other choice for him some type of service. But I ask fore your mercy for my friend dan.

Sincerely
Peter M. Eschker

(810) 841-    you can call me anytime

Thank you for your valuble time.