PAMELA E. ROBINSON
CLERK OF COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL DIVISION

TEL: 217-373-5830
FAX: 217-373-5834

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | CASE NO. 06-20074 |
| vs. ) | |
| ) | |
| **DANNY W. ORR** ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that DANNY W. ORR appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on May 21, 2008 in the above case.

PREPARED BY:
PAMELA E. ROBINSON, CLERK
U. S. DISTRICT COURT

**DATE ENTERED:**    5/21/08