## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Wednesday, 21 May, 2008  04:43:02 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 06-20074-001

Division: Urbana

### Plaintiff (Petitioner)　Short Caption　Defendant (Respondent)

UNITED STATES OF AMERICA          v.          DANNY W. ORR

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Timothy A. Bass | Name: Sheldon Sorosky |
| Firm: U.S. Attorney's Office | Firm: Kaplan & Sorosky, Ltd. |
| Address: 618 South Sixth Street | Address: 158 W. Erie |
| Springfield, IL 62701-1806 | Chicago, IL 60610 |
| Phone: (217) 492-4450 | Phone: (312) 640-1776 |

---

| | |
|---|---|
| Judge: Michael P. McCuskey | Nature of Suit Code:  Criminal |
| Court Reporter: Lisa Cosimini | Date Filed in District Court: 11/15/06 |
| | Date of Judgment: 5/21/08 |
| | Date of Notice of Appeal: 5/21/08 |

Counsel:  ____ Appointed    _X_ Retained    ____ Pro Se

Fee Status:  ___Paid    _X_ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ____Yes    _X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  #40850-039

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**