E-FILED
Thursday, 22 May, 2008   04:33:42 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 21, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2267
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> DANNY W. ORR,
> Defendant - Appellant
>
> District Court No: 2:06-cr-20074-MPM-DGB-1
> Court Reporter Lisa Cosimini
> District Judge Michael McCuskey
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 05/21/2008

If you have any questions regarding this appeal, please call this office.

CC:

Colin S. Bruce

Sheldon Sorosky

Fernanda Perez

Lisa Cosimini

Michael P. McCuskey

Pamela E. Robinson


form name: **c7_Docket_Notice_short_form** (form ID: **188**)