E-FILED
Monday, 23 June, 2008  02:57:19 PM
Clerk, U.S. District Court, ILCD

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**



IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

UNITED STATES OF AMERICA
_____
Plaintiff

v.

DANNY ORR
_____
Defendant(s)

FILED
JUN 23 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER  06CR2 0074

JUDGE  Michael P. McCuskey

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Danny Orr_____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other __Defendant__) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?       ☒Yes        ☐No   (If "No," go to Question 2)
   I.D. # __40850-039_____ Name of prison or jail: De Witt County Jail, Clinton, Illinois
   Do you receive any payment from the institution? ☐Yes  ☐No   Monthly amount:_____

2. Are you currently employed?           ☐Yes        ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __FEB/MARCH 2003__
      Monthly salary or wages: __19.73 hourly__
      Name and address of last employer: __Dunn Paper Co  218 Riverview St__
      __Port Huron Mich 48060__

   b. Are you married?           ☐Yes        ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                          ☐Yes    ☒No
      Amount_____  Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes     ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes     ☒No
Amount_____ Received by_____

d. ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                      ☒Yes     ☐No
Amount __$50.00 Monthly__ Received by __FERNE M. ORR__

e. ☐ Gifts or ☐ inheritances                                       ☐Yes     ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____)          ☐Yes     ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?        ☒Yes     ☐No     Total amount:_____
In whose name held: __FERNE ORR__     Relationship to you: __Ex-wife__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?                                           ☒Yes     ☐No
Property:_____ Current Value: __Ex-wife__
In whose name held: __FERNE ORR__     Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☒Yes     ☐No
Address of property: __1806 Pinegrove Ave Port Huron MI. 48060__
Type of property: __Beauty Salon__   Current value: __I don't know__
In whose name held: __FERNE ORR__   Relationship to you: __Ex-wife__
Amount of monthly mortgage or loan payments: __I don't know__
Name of person making payments: __FERNE ORR__

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                      ☒Yes     ☐No
Property: __Auto and Pick-up Truck__
Current value: __I don't know__
In whose name held: __FERNE ORR__     Relationship to you: __Ex wife__

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

2:06-cr-20074-MPM-DGB   # 48   Page 3 of 3

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6/13/08

_Danny W. Orr_
Signature of Applicant

DANNY W. ORR
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____       _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

                                 _____
                                 (Print name)

rev. 10/10/2007