# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**E-FILED**
Thursday, 17 July, 2008 02:42:18 PM
Clerk, U.S. District Court, ILCD

**PART I** — Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District Central | D.C. Docket No. |
|---|---|---|
| UNITED STATES v. DANNY ORR | District of Illinois | 06-20074-001 |
| | District Judge Michael P. McCuskey | Court Reporter Lisa Cosimini |

[x] I am ordering transcript.
[ ] I am not ordering transcript, because:
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

**FILED**
JUL 1 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| Proceeding | Date(s) |
|---|---|
| [ ] Pre-trial proceedings. Specify: | |
| [ ] Voir Dire | |
| Trial or hearing. Specify: 1/29/08 - 1/31/08 | |
| [x] Opening statement | 1/29/08 |
| [x] Instruction conference | 1/30/08  1/31/08 |
| [x] Closing statements | 1/31/08 |
| [ ] Court instructions | |
| [ ] Post-trial proceedings. Specify: | |
| [x] Sentencing | 5/16/08 |
| [ ] Other proceedings. Specify: | |

Method of Payment: [ ] Cash  [ ] Check or Money Order  [x] C.J.A. Voucher
Status of Payment: [ ] Full Payment  [ ] Partial Payment  [ ] No Payment Yet

Signature: _____
Address: 158 W. Erie Street, Chicago, IL 60610
Telephone No. 312-640-1776
Date: 6/10/08

**PART II** — Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____  Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

**WHITE** - COURT REPORTER; **YELLOW** - COURT REPORTER, THEN SENT TO U.S.C.A. CLERK; **BLUE** - SERVICE COPY (reproduce additional copies, if necessary.); **PINK** - DISTRICT COURT CLERK; **GOLD** - PARTY/COUNSEL ORDERING TRANSCRIPT.