

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 25, 2008

By the court:

```
UNITED STATES OF AMERICA,              ] Appeal from the United
        Plaintiff-Appellee,            ] States District Court for
                                       ] the Central District of
No. 08-2267                v.          ] Illinois.
                                       ]
DANNY W. ORR,                          ] No. 06 CR 20074
        Defendant-Appellant.           ]
                                       ] Michael P. McCuskey,
                                       ] Chief Judge.
```

FILED
JUL 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

This matter comes before the court for its consideration of attorney Sheldon Sorosky's **MOTION OF COUNSEL TO WITHDRAW AND FOR APPOINTMENT OF AN ATTORNEY TO REPRESENT DANNY ORR IN THIS COURT,** filed on May 23, 2008. Upon consideration thereof

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Gabriel B. Galloway, 500 N. Michigan Avenue, Chicago, IL 60611, is appointed to represent defendant-appellant Danny Orr pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

**IT IS ALSO FURTHER ORDERED** that the Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts, which shall include the expense of shipping the record to counsel if necessary.

**IT IS FINALLY ORDERED** that counsel shall file a Circuit Rule 3(c) docketing statement on behalf of defendant-appellant on or before August 25, 2008.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before September 5, 2008.

2. Plaintiff-appellee shall file its brief on or before October 6, 2008.

-over-

No. 08-2267                                                                                              Page 2

    3.      Defendant-appellant shall file his reply brief, if any, on or before October 20, 2008.

Note:    Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

    Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

    Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).