**E-FILED**
Wednesday, 30 July, 2008  02:55:48 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

PAMELA E. ROBINSON
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 30, 2008

Gabriel B. Galloway
500 N. Michigan Ave.
Chicago, IL 60611

Re:    USA v Danny W. Orr
       USDC #06-20074-001
       USCA #08-2267

Dear Mr. Galloway:

Enclosed please find the Appeal Record for the above captioned case consisting of:

          1          volumes of pleadings
_____ volumes of depositions
_____ loose pleadings
_____ other

Any trial exhibits in this case will be included in the record  on appeal and sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/ K. Marsh

enc.

This is to acknowledge receipt of the appeal Record on _____.

_____

**E-FILED**
Wednesday, 30 July, 2008 02:56:00 PM
Clerk, U.S. District Court, ILCD

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-20074-MPM-DGB-1
### *Internal Use Only*

Case title: USA v. Orr
Magistrate judge case number: 2:06-mj-07226-DGB

Date Filed: 11/15/2006
Date Terminated: 05/21/2008

Assigned to: Chief Judge Michael P.
McCuskey
Referred to: Magistrate Judge David
G. Bernthal

Appeals court case number:
'08-2267' 'USCA7'

A TRUE COPY
ATTEST·
PAMELA E. ROBINSON, CLERK
BY:_____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: _____

**Defendant (1)**

**Danny W Orr**
*TERMINATED: 05/21/2008*

represented by **Gabriel B Galloway**
Suite 300
500 N Michigan
Chicago , IL 60611
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Sheldon Sorosky**
KAPLAN &SOROSKY LTD
158 W Erie
Chicago , IL 60610
312-640-1776
Fax: 312-640-1785
Email: kapsor@aol.com
*TERMINATED: 07/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

COERCION OR ENTICEMENT OF
FEMALE (From on or about July 19,
2006, and continuing to on or about
September 11, 2006, defendant used
a means of interstate commerce to
knowingly attempt to persuade a

**Disposition**

It is the judgment of the Court that the defendant is
hereby committed to the custody of the BOP for a
term of 240 months. Said term shall consist of 240
months on Counts 1 and 2, to be served concurrently.
Upon release from imprisonment, the defendant shall
be placed on supervised release with conditions for a

1

minor to engage in sexual activity, in violation of Title 18 U.S.C. Section 2422(b)
(1)

COERCION OR ENTICEMENT OF FEMALE (On or about September 5, 2006, defendant attempted to persuade, induce, entice, and or coerce a minor to travel in interstate commerce to engage in sexual activity, in violation of Title 18 U.S.C. Section 2422(a)
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

On or about September 5, 2006, defendant did knowingly attempt to coerce and entice a minor to travel in interstate commerce to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(a)), 18:2422.F

term of life on Counts 1 and 2, to be served concurrently. Defendant shall pay $200 special assessment.

It is the judgment of the Court that the defendant is hereby committed to the custody of the BOP for a term of 240 months. Said term shall consist of 240 months on Counts 1 and 2, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release with conditions for a term of life on Counts 1 and 2, to be served concurrently. Defendant shall pay $200 special assessment.

**Disposition**

**Disposition**

It is the judgment of the Court that the defendant is hereby committed to the custody of the BOP for a term of 240 months. Said term shall consist of 240 months on Counts 1 and 2, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release with conditions for a term of life on Counts 1 and 2, to be served concurrently. Defendant shall pay $200 special assessment.

**Plaintiff**

**USA**

represented by **Timothy A Bass**
US ATTY
618 South Sixth Street
Springfield , IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/08/2006 | 1 | 13 | COMPLAINT as to Danny W Orr (1). (SKD, ilcd) Modified on 9/11/2006 to add attachment with corrected page 1 of complaint pursuant to text order of 9/11/06 (SKD, ilcd). [2:06−mj−07226−DGB] (Entered: 09/11/2006) |
| 09/08/2006 | 4 | | +++ SEALED DOCUMENT. Unredacted Complaint. (KM, ilcd) [2:06−mj−07226−DGB] (Entered: 09/12/2006) |
| 09/11/2006 | 3 | 50 | MOTION to Correct Typographical Error in Criminal Complaint by USA as to Danny W Orr. (SKD, ilcd) [2:06−mj−07226−DGB] (Entered: 09/11/2006) |
| 09/11/2006 | | | TEXT ORDER Entered by Judge David G. Bernthal. The Motion to Correct Typographical Error in Criminal Complaint 3 is GRANTED. The complaint should be corrected to cite a violation of 2422(a). (SKD, ilcd) [2:06−mj−07226−DGB] (Entered: 09/11/2006) |
| 09/12/2006 | | | Arrest of Danny W Orr in ED/MI (Detroit). (KM, ilcd) [2:06−mj−07226−DGB] (Entered: 09/12/2006) |
| 09/15/2006 | 5 | 52 | Rule 5(c)(3) Documents received from Eastern District of Michigan (Detroit) as to Danny W Orr. (Attachments: #(1) Petition for removal hearing; #(2) Order appointing Federal Defender; #(3) Order of Temporary Detention; #(4) Waiver of Rule 5 Hearing; #(5) Order of Detention Pending Trial; #(6) Order Transferring Defendant; #(7) Notice of Transfer)(KM, ilcd) [2:06−mj−07226−DGB] (Entered: 09/15/2006) |
| 10/23/2006 | | | TEXT ORDER entered by Judge David G. Bernthal on 10/23/2006 as to Danny W Orr. An Initial Appearance is set for 10/24/2006 at 10:15 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/23/2006) |
| 10/24/2006 | | | Minute Entry for proceedings held on 10/24/2006 before Judge David G. Bernthal : Appearance for the Government by AUSA Tim Bass. Defendant DANNY W ORR appeared in person. Cause called for INITIAL APPEARANCE. Defendant advised of charges and rights, including right to counsel. Defendant advises the Court he has retained Atty Sheldon Sorosky. Atty Sorosky not present. Oral motion by the Government for detention. Oral motion by defendant to continue preliminary hearing and detention hearing to a date when counsel may be present. Defendant's oral motion granted. Preliminary/Detention Hearing set for 10/26/2006 at 2:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. Defendant remanded to the custody of the U S Marshal. Order of Detention previously entered by Eastern District of Michigan. (Tape #C378:1880−2420) (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/24/2006) |
| 10/24/2006 | | | |

| | | | |
|---|---|---|---|
| | | | ORAL MOTION to Unseal Case by USA as to Danny W Orr. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/24/2006) |
| 10/24/2006 | | | TEXT ORDER entered by Judge David G. Bernthal at hearing held on 10/24/2006. The Government's Oral Motion to Unseal Case as to Danny W Orr (1) is GRANTED. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/24/2006) |
| 10/24/2006 | | | ORAL MOTION for Detention by USA at hearing held 10/24/2006 as to Danny W Orr. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/24/2006) |
| 10/24/2006 | | | ORAL MOTION to Continue Preliminary and Detention Hearings by Danny W Orr at hearing held 10/24/2006. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/24/2006) |
| 10/24/2006 | | | TEXT ORDER entered by Judge David G. Bernthal at hearing held on 10/24/2006. Defendant's Oral Motion to Continue Preliminary and Detention Hearings is GRANTED. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/24/2006) |
| 10/26/2006 | | | Minute Entry for proceedings held on 10/26/2006 before Judge David G. Bernthal : Appearance for the Government by AUSA Tim Bass. Defendant DANNY W ORR appeared in person with counsel, Sheldon Sorosky. Preliminary Examination held. Proffer by the Government. Argument by counsel heard. The Court finds probable cause and the matter is bound over to the Grand Jury for further proceedings. Cause called for Detention Hearing. Proffer by the Government. Proffer by defendant. Argument by the Government. The Court orders the defendant detained pending trial. Written order to be entered. Defendant is remanded to the custody of the U S Marshal. (Tape #C380:4002−5067 through C381:1−479) (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/27/2006) |
| 10/27/2006 | 6 | 64 | Arrest Warrant Returned Executed on 9/12/2006 (Detroit, MI) as to Danny W Orr. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/30/2006) |
| 10/30/2006 | 7 | 65 | ORDER OF DETENTION entered by Judge David G. Bernthal on 10/30/2006 as to Danny W Orr. (SP, ilcd) [2:06−mj−07226−DGB] (Entered: 10/30/2006) |
| 11/15/2006 | 8 | 67 | INDICTMENT as to Danny W Orr (1) Count 1. (SP, ilcd) (Entered: 11/16/2006) |
| 11/15/2006 | 9 | | +++ SEALED DOCUMENT. (Unredacted Indictment) (SP, ilcd) (Entered: 11/16/2006) |
| 11/15/2006 | | | Counts added: Danny W Orr (1) Count 2 (SP, ilcd) (Entered: 11/28/2006) |
| 11/16/2006 | | | TEXT ORDER entered by Judge David G. Bernthal on 11/16/2006 as to Danny W Orr. An Arraignment is set for |

4

| | | | |
|---|---|---|---|
| | | | 11/28/2006 at 2:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 11/16/2006) |
| 11/28/2006 | | | Minute Entry for proceedings held 11/28/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant DANNY W ORR present in person and with counsel David Kerstein. Oral motion by Attorney Kerstein to appear pro hac vice for this hearing only on behalf of Sheldon Sorosky; no objections. Motion granted. Arraignment as to Danny W Orr (1) Count 1,2 held. Defendant sworn; advised of rights, charges and possible penalties. Defendant enters plea of not guilty to all counts. Scheduling order to be entered. Defendant is remanded to custody of US Marshal. (Tape #C385; 5061−5077 and C386; 1−928.) (KM, ilcd) (Entered: 11/30/2006) |
| 11/28/2006 | | | ORAL MOTION by attorney David Kerstein to appear pro hac vice for arraignment hearing only. (KM, ilcd) (Entered: 11/30/2006) |
| 11/28/2006 | | | TEXT ORDER granting oral Motion by attorney David Kerstein to appear pro hac vice entered by Judge David G. Bernthal on 11/28/06. (KM, ilcd) (Entered: 11/30/2006) |
| 11/30/2006 | 10 | | SCHEDULING ORDER as to Danny W Orr entered by Judge David G. Bernthal on 11/30/06. Pretrial Conference set for 1/11/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 1/22/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (KM, ilcd) (Entered: 11/30/2006) |
| 01/11/2007 | | | Minute Entry for proceedings held 1/11/07 before Chief Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of DANNY W ORR in person, with counsel Sheldon Sorosky. Matter set for final pretrial; not held. STATUS CONFERENCE held. Defendant informs the Court there is a possibility of a resolution prior to trial and requests further status hearing. No objection by Government. Matter set for further Status Conference on 2/9/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been met pursuant to 18 USC 3161 (h)(8)(A). Time from 1/11/07 until 2/9/07 is excluded. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 01/12/2007) |
| 02/09/2007 | | | Minute Entry for proceedings held 2/9/07 before Chief Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of DANNY W ORR in person, with counsel James Dedman for Sheldon Sorosky. STATUS Conference held. Oral motion by defendant to continue for further status/possible plea; no objection by Government. Oral motion granted. Status Conference set for 3/8/2007 at 1:00 PM in Courtroom A before Chief Judge Michael P. |

| | | | |
|---|---|---|---|
| | | | McCuskey. The Court finds the ends of justice have been met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 2/9/07 until 3/8/07. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 02/09/2007) |
| 03/08/2007 | | | Minute Entry for proceedings held 3/8/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant DANNY W ORR present in person and with counsel Sheldon Sorosky. Defendant orally moves to continue case to obtain medical information; no objection by Government. Matter set for Status Conference on 6/1/2007 at 11:15 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds by granting the continuance, the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from 3/8/07 to 6/1/07 is excluded. Defendant is remanded to custody of US Marshal.(Court Reporter LC.) (KM, ilcd) (Entered: 03/08/2007) |
| 04/20/2007 | | | NOTICE OF HEARING: Attorney Sorosky notified the Court that he will be in trial on 6/1/2007. Therefore, the oral motion that the status conference as to Danny W. Orr be continued is granted. The status conference is RESET to 6/5/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds by granting the continuance, the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from 3/8/07 to 6/5/07 is excluded.(MB, ilcd) (Entered: 04/20/2007) |
| 06/05/2007 | | | Minute Entry for proceedings held on 6/5/2007 before Chief Judge Michael P. McCuskey : Appearance for the Government by AUSA Tim Bass. Defendant DANNY W ORR appeared in person with counsel, Sheldon Sorosky. Status Conference as to Danny W Orr held. Oral motion by the defendant to continue status hearing; no objection by the Government. Oral motion granted. Status Conference set for 7/17/2007 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds in granting the continuance the ends of justice are met pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from 6/5/2007 to 7/17/2007. Defendant is remanded to the custody of the U S Marshal.(Court Reporter TJ) (SP, ilcd) (Entered: 06/05/2007) |
| 07/17/2007 | | | Minute Entry for proceedings held 7/17/07 before Chief Judge Michael P. McCuskey. Appearance for the Government by AUSA Timothy Bass. Defendant DANNY W ORR appeared in person and with counsel Sheldon Sorosky. Status Conference as to Danny W Orr held. Oral motion by the defendant to continue status hearing; no objection by the Government. Oral motion granted. Status Conference set for 8/20/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds by granting the continuance the ends of justice are met pursuant to 18 USC |

| | | | |
|---|---|---|---|
| | | | 3161(h)(8)(A). Time is excluded from 7/17/07 to 8/20/07. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 07/18/2007) |
| 08/20/2007 | | | Minute Entry for proceedings held 8/20/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass via telephone. Defendant DANNY W ORR present in person and with counsel Sheldon Sorosky in person. Status Conference held. Oral motion by defendant to continue hearing; granted as last continuance. Status Conference set for 9/24/2007 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds by granting the continuance, the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from today to 9/24/07 is excluded. Defendant is remanded to custody of US Marshal.(Court Reporter LC.) (KM, ilcd) (Entered: 08/20/2007) |
| 09/24/2007 | | | Minute Entry for proceedings held 9/24/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass via telephone. Defendant DANNY W ORR present in person and with counsel Sheldon Sorosky in person. Status Conference held. Pretrial Conference set for 1/3/2008 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 1/28/2008 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Estimated length of trial 5 days. Defendant's motion filing deadline set for 11/2/07; Government response due by 11/30/07. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from today to 1/28/08 is excluded. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 09/24/2007) |
| 01/03/2008 | (11) | 69 | STATEMENT OF THE CASE by USA as to Danny W Orr. (Bass, Timothy) (Entered: 01/03/2008) |
| 01/03/2008 | (12) | 72 | EXHIBIT LIST by USA as to Danny W Orr (Bass, Timothy) (Entered: 01/03/2008) |
| 01/03/2008 | (14) | 74 | Proposed Jury Instructions by USA as to Danny W Orr (Bass, Timothy) (Entered: 01/03/2008) |
| 01/03/2008 | | | Minute Entry for proceedings held 1/3/08 before Magistrate Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant DANNY W ORR present in person and with counsel Sheldon Sorosky. Pretrial Conference as to Danny W Orr held. The Government has filed witness list, exhibit list, proposed statement of the case, and proposed jury instructions. Any witness list or exhibit list to be filed by defendant should be filed timely. Deadline for Government to submit additional jury instructions is 1/10/08. Deadline for defendant to object to statement of the case or Government's jury instructions is 1/18/08. Deadline for |

13) 1/3/08 witness List.

7

| | | | |
|---|---|---|---|
| | | | defendant's proposed jury instructions is 1/18/08. Court anticipates that jury selection and opening statements will be held on 1/28/08 and the Government's first witness will not be called until 1/29/08. Defendant is remanded to custody of US Marshal. (Tape #UR−C 1:34 PM.) (KM, ilcd) (Entered: 01/03/2008) |
| 01/11/2008 | <u>15</u> | | +++ SEALED MOTION TO QUASH OR LIMIT SUBPOENA (Attachments: #(1) Exhibit 1, #(2) Exhibit 2). [Document/exhibits sealed as filed by Government's witness.](KM, ilcd) (Entered: 01/14/2008) |
| 01/14/2008 | | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 1/14/08. The Government is ordered to file a response to the Motion to Quash or Limit Subpoena (#15) by 1/18/08. (BB, ilcd) (Entered: 01/14/2008) |
| 01/18/2008 | <u>16</u> | | *SEALED* RESPONSE to Motion by USA as to Danny W Orr *Response to Motion to Quash* (Bass, Timothy) Modified on 1/22/2008 to SEAL document (KM, ilcd). (Entered: 01/18/2008) |
| 01/22/2008 | | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 1/22/08. Because the Government's Response (#16) to the Motion to Quash or Limit Subpoena contains a witness's name and address, the clerk is directed to seal the document. (BB, ilcd) (Entered: 01/22/2008) |
| 01/22/2008 | <u>17</u> | | *SEALED* ORDER denying 15 Sealed Motion entered by Chief Judge Michael P. McCuskey on 1/22/08. (KM, ilcd) Modified on 1/22/2008 to SEAL Order (KM, ilcd). (Entered: 01/22/2008) |
| 01/28/2008 | | | Minute Entry for proceedings held 1/28/08 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant DANNY W ORR present in person and with counsel Sheldon Sorosky. Witnesses excluded from courtroom. Voir Dire held. Jurors sworn as to qualifications. Statement of case read. Jurors and alternate jurors selected and sworn to try the case. Jury Trial as to Danny W Orr held. Preliminary instructions given to jury. Opening statements heard by Government and defendant. Jury excused to return at 9:00 AM on 1/29/08. Defendant remanded to custody of US Marshal. Court adjourned to resume at 8:45 AM on 1/29/08. (Court Reporter LC.) (KM, ilcd) (Entered: 01/29/2008) |
| 01/29/2008 | | | Minute Entry for proceedings held 1/29/08 before Chief Judge Michael P. McCuskey. Jury Trial continued as to Danny W Orr. Same appearances. Jury in. Evidence for Government heard. Witnesses sworn; testimony heard. Court adjourned to resume at 8:45 AM on 1/30/08; jurors to return at 9:00 AM on 1/30/08. Defendant remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/30/2008) |
| 01/30/2008 | | | Minute Entry for proceedings held 1/30/08 before Chief Judge Michael P. McCuskey. Jury Trial continued as to Danny W Orr. Same appearances. Stipulation filed regarding witness testimony. Jury in. Evidence for Government continued. Witnesses sworn; testimony heard. Government rests. Jury out. Oral motion by defendant for judgment of acquittal under Rule 29A; no argument. Oral motion denied. Court advised defendant of his constitutional rights. Jury instruction conference held. Government submitted additional jury instruction. Defendant submitted additional jury instruction #1. Arguments heard re defendant's instruction #1; instruction denied. Jury in. Defendant rests. Jury out. Oral motion by defendant for judgment of acquittal at close of all evidence; no argument. Oral motion denied. Jury in. Jury instructions read to jury. Closing arguments heard. Jury out to deliberate. Question from jury; answered orally by Court with all parties and jury present. Jurors excused and court adjourned to resume at 9:00 AM on 1/31/08. Defendant remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 01/31/2008) |
| 01/30/2008 | 18 | 108 | STIPULATION as to testimony of witness. (KM, ilcd) (Entered: 02/04/2008) |
| 01/30/2008 | 19 | 110 | Government's Proposed Jury Instruction 18A. (KM, ilcd) (Entered: 02/04/2008) |
| 01/30/2008 | 20 | 111 | Defendant's Proposed Jury Instruction 1. (KM, ilcd) (Entered: 02/04/2008) |
| 01/30/2008 | 21 | 113 | Proposed Jury Instructions marked at jury instruction conference as given or withdrawn. (KM, ilcd) (Entered: 02/04/2008) |
| 01/30/2008 | 22 | 147 | Final Jury Instructions to jury as to Danny W Orr.(KM, ilcd) (Entered: 02/04/2008) |
| 01/30/2008 | 23 | 175 | Jury Question at 4:40 PM on 1/30/08. (KM, ilcd). Modified on 2/4/2008 to redact juror foreperson name (KM, ilcd). (Entered: 02/04/2008) |
| 01/30/2008 | 24 | 176 | COURT'S EXHIBIT LIST from trial re Danny W Orr (exhibits stored in vault). (KM, ilcd) (Entered: 02/04/2008) |
| 01/31/2008 | | | Minute Entry for proceedings held 1/31/08 before Chief Judge Michael P. McCuskey. Jury Trial continued as to Danny W Orr. Same appearances. Jury deliberations continued. Question from jury; answered orally by Court with all parties and jury present. Notes from jury filed. Jury returns with verdict. Finding Danny W Orr guilty on both counts of Indictment. Jurors polled and excused. The Court enters judgment of conviction as to Counts 1 and 2 of Indictment. Sentencing set for 5/16/2008 at 11:00 AM in Courtroom A |

| | | | |
|---|---|---|---|
| | | | before Chief Judge Michael P. McCuskey. Court orders US Probation Office to prepare presentence investigation report. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 02/04/2008) |
| 01/31/2008 | 25 | 179 | Jury Question at 10:12 AM on 1/31/08. (KM, ilcd) (Entered: 02/04/2008) |
| 01/31/2008 | 26 | 180 | Jury Response at 10:50 AM on 1/31/08.(KM, ilcd) (Entered: 02/04/2008) |
| 01/31/2008 | 27 | 181 | Jury Note of verdict as to Danny W Orr (KM, ilcd) (Entered: 02/04/2008) |
| 01/31/2008 | 28 | 182 | JURY VERDICT as to Danny W Orr (1) of Guilty on Counts 1 and 2. (KM, ilcd) (Entered: 02/04/2008) |
| 02/04/2008 | 29 | 184 | ORDER on Implementation of Sentencing Guidelines as to Danny W Orr entered by Chief Judge Michael P. McCuskey on 2/4/08. (KM, ilcd) (Entered: 02/04/2008) |
| 02/11/2008 | 30 | 185 | MOTION for New Trial by Danny W Orr. (Attachments: #1 Exhibit) (KM, ilcd) (Entered: 02/11/2008) |
| 02/11/2008 | | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 2/11/08. The Government is directed to file a response to Defendant's Motion for New Trial (#30) by 2/25/08.(BB, ilcd) (Entered: 02/11/2008) |
| 02/26/2008 | 31 | 189 | MOTION for Extension of Time to File Response/Reply as to 30 MOTION for New Trial by USA as to Danny W Orr. (Bass, Timothy) (Entered: 02/26/2008) |
| 02/27/2008 | | | TEXT ORDER granting 31 Motion for Extension of Time to File Response to Motion for New Trial. Government's response to be filed by 3/10/08. Entered by Chief Judge Michael P. McCuskey on 2/27/08. (BB, ilcd) (Entered: 02/27/2008) |
| 03/10/2008 | 32 | 192 | RESPONSE to Motion by USA as to Danny W Orr re 30 MOTION for New Trial (Bass, Timothy) (Entered: 03/10/2008) |
| 03/14/2008 | 33 | 196 | ORDER denying 30 Motion for New Trial as to Danny W Orr (1) entered by Chief Judge Michael P. McCuskey on 3/14/08. See written Order. (KM, ilcd) (Entered: 03/14/2008) |
| 04/24/2008 | 34 | 198 | Letter from William Orr. (KM, ilcd) (Entered: 04/24/2008) |
| 05/12/2008 | 35 | 199 | SENTENCING MEMORANDUM by Danny W Orr (Sorosky, Sheldon) (Entered: 05/12/2008) |
| 05/13/2008 | 36 | | Letter in support of Danny Orr from Ferne Orr. (KM, ilcd) (Entered: 05/13/2008) |
| 05/15/2008 | 37 | | Letter in support of Danny Orr from Peter Eschker. (KM, ilcd) (Entered: 05/15/2008) |

| 05/16/2008 | | | Minute Entry for proceedings held 5/16/08 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass and AUSA Colin Bruce. Defendant DANNY W ORR present in person and with counsel Sheldon Sorosky. Sentencing held for Danny W Orr (1), Counts 1 and 2. Parties acknowledge receipt of presentence investigation report; no objections stated. Evidence for Government. Witnesses sworn; testimony heard. Evidence for defendant. Witnesses sworn; testimony heard. Recommendations by counsel heard. Statement in allocution by defendant. It is the judgment of the Court that the defendant is hereby committed to the custody of the BOP for a term of 240 months. Said term shall consist of 240 months on Counts 1 and 2, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release with special conditions for a term of life on Counts 1 and 2, to be served concurrently. Defendant shall pay $200 special assessment. Appeal rights given to defendant. Clerk ordered to enter notice of appeal on behalf of defendant. Defendant is remanded to custody of US Marshal. (Court Reporter Area Wide.) (KM, ilcd) (Entered: 05/16/2008) |
| --- | --- | --- | --- |
| 05/16/2008 | 38 | | +++ PRESENTENCE INVESTIGATION REPORT as to Danny W Orr (SP, ilcd) (Entered: 05/16/2008) |
| 05/16/2008 | 39 | | +++ SENTENCING RECOMMENDATION as to Danny W Orr. (SP, ilcd) (Entered: 05/16/2008) |
| 05/21/2008 | 40 | 202 | JUDGMENT as to Danny W Orr (1) entered by Chief Judge Michael P. McCuskey on 5/21/2008. (SP, ilcd) (Entered: 05/21/2008) |
| 05/21/2008 | 41 | | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Danny W Orr (SP, ilcd) (Entered: 05/21/2008) |
| 05/21/2008 | 42 | 208 | NOTICE OF APPEAL by Danny W Orr re 40 Judgment. (SP, ilcd) (Entered: 05/21/2008) |
| 05/21/2008 | 43 | | Short Record of Appeal as to Danny W Orr sent to US Court of Appeals re 42 Notice of Appeal − Final Judgment (SP, ilcd) (Entered: 05/21/2008) |
| 05/22/2008 | 44 | | NOTICE of Docketing Record on Appeal from USCA as to Danny W Orr re 42 Notice of Appeal − Final Judgment filed by Danny W Orr. USCA Case Number 08−2267. (VB, ilcd) (Entered: 05/22/2008) |
| 05/22/2008 | 45 | | FEE NOTICE AND ORDER of USCA as to Danny W Orr re 42 Notice of Appeal − Final Judgment. See Order. (VB, ilcd) (Entered: 05/22/2008) |
| 06/03/2008 | 46 | | Transcript of Sentencing Proceedings as to Danny W Orr held on 5/16/08 before Chief Judge Michael P. McCuskey. Court Reporter/Transcriber Area Wide Reporting Service, |

| | | | |
|---|---|---|---|
| | | | Telephone number (800)747−6789. Transcript purchased by:Sheldon Sorosky.<br><br>IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e−filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Redaction Request due 6/24/2008. Redacted Transcript Deadline set for 7/4/2008. Release of Transcript Restriction set for 9/1/2008. (KM, ilcd) (Entered: 06/03/2008) |
| 06/16/2008 | 47 | | NOTICE/SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET by Sheldon Sorosky re not ordering transcript because it is not yet determined who will be Appellate Counsel for defendant. (KM, ilcd) (Entered: 06/16/2008) |
| 06/23/2008 | 48 | | PRO SE MOTION for Leave to Appeal In Forma Pauperis and Financial Affidavit by Danny W Orr. (KM, ilcd) (Entered: 06/23/2008) |
| 06/23/2008 | | | TEXT ORDER granting 48 Motion for Leave to Appeal In Forma Pauperis. Entered by Chief Judge Michael P. McCuskey on 6/23/08. (BB, ilcd) (Entered: 06/23/2008) |
| 07/17/2008 | 49 | | TRANSCRIPT REQUEST by Sheldon Sorosky for proceedings held on 1/29/08−1/31/08 and 5/16/08 before Chief Judge Michael P. McCuskey, (KM, ilcd) (Entered: 07/17/2008) |
| 07/30/2008 | 50 | | ORDER of USCA as to Danny W Orr re 42 Notice of Appeal − Final Judgment. Attorney Sorosky's Motion to Withdraw is granted and Attorney Gabriel Galloway is appointed to represent defendant. Briefing schedule set. See written Order. (KM, ilcd) (Entered: 07/30/2008) |